SDNY PRO SE OFFICE
RECEIVED
2017 SEP 18 PM 4:40
S.D. OF N.Y.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Desmond Wotherspoon

_____
(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

International Olympic Committee

_____
(List the full name(s) of the defendant(s)/respondent(s).)

1:15 CV 09149 (LAP)( )

**NOTICE OF APPEAL**

Notice is hereby given that the following parties: Desmond Wotherspoon

_____
(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the ☐ judgment ☒ order entered on: 11/25/15

(date that judgment or order was entered on docket)

that: Notice of Right + Appeal

_____
(If the appeal is from an order, provide a brief description above of the decision in the order.)

9/18/17
Dated

[Signature]
Signature

Wotherspoon Desmond M
Name (Last, First, MI)

296 North Ave    New York    N.Y.    10013
Address         City         State   Zip Code

_____    _____
Telephone Number              E-mail Address (if available)

---

* Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13

SDNY PRO SE OFF
RECEIVED
2017 SEP 18 PM 4:0
S.D. OF N.Y.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Desmond Witherspoon

_____
(List the full name(s) of the plaintiff(s)/petitioner(s).)

1:15 CV 09149 (LAP)( )

-against-

International Olympic Committee

_____
(List the full name(s) of the defendant(s)/respondent(s).)

MOTION FOR EXTENSION
OF TIME TO FILE NOTICE
OF APPEAL

I move under Rule 4(a)(5) of the Federal Rules of Appellate Procedure for an extension of time to file a notice of appeal in this action. I would like to appeal the judgment entered in this action on  11/25/15  but did not file a notice of appearance within the required time period because:

Overlooked order

_____
(Explain here the excusable neglect or good cause that led to your failure to file a timely notice of appeal.)

9/18/17
Dated:

Signature

Witherspoon Desmond M
Name (Last, First, MI)

296 North Ave       New York       N.Y.       10013
Address             City           State      Zip Code

Telephone Number        E-mail Address (if available)

Rev. 12/23/13

RECEIVED
SDNY PRO SE OFFICE
2017 SEP 18 PM 4:40
S.D. OF N.Y.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

__Desmond Witherspoon__
(List the full name(s) of the plaintiff(s)/petitioner(s).)

1:15 CV 09149 (LAP)( )

-against-

__International Olympic Committee__

**MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS ON APPEAL**

(List the full name(s) of the defendant(s)/respondent(s).)

I move under Federal Rule of Appellate Procedure 24(a)(1) for leave to proceed *in forma pauperis* on appeal. This motion is supported by the attached affidavit.

9/18/17
Dated

Signature

Witherspoon Desmond M
Name (Last, First, MI)

296 North Ave    New York    NY    10017
Address          City        State  Zip Code

Telephone Number                E-mail Address (if available)

Rev. 12/23/13

# Application to Appeal In Forma Pauperis

Witherspoon _____ v. International Olympic Committee   Appeal No. _____

District Court or Agency No. _____

| Affidavit in Support of Motion | Instructions |
|---|---|
| I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)<br><br>Signed: _[signature]_ | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.<br><br>Date: 9/18/17 |

My issues on appeal are: (required):




1.  *For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.*

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0 | $ — | $ 0 | $ — |
| Self-employment | $ 0 | $ — | $ 0 | $ — |
| Income from real property (such as rental income) | $ 0 | $ — | $ 0 | $ — |

- 1 -

12/01/2013 SCC

| | | | | |
|---|---|---|---|---|
| Interest and dividends | $ 0 | $ | $ | $ |
| Gifts | $ 0 | $ | $ | $ |
| Alimony | $ 0 | $ | $ | $ |
| Child support | $ 0 | $ | $ | $ |
| Retirement (such as social security, pensions, annuities, insurance) | $ 0 | $ | $ | $ |
| Disability (such as social security, insurance payments) | $ 0 | $ | $ | $ |
| Unemployment payments | $ 0 | $ | $ | $ |
| Public-assistance (such as welfare) | $ 0 | $ | $ | $ |
| Other (specify): | $ 0 | $ | $ | $ |
| **Total monthly income:** | $ 0 | $ 0 | $ 0 | $ 0 |

2. *List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| Sony Productions llc | New Jersey | Currently | $ — |
| | | | $ |
| | | | $ |

3. *List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| — | | | $ |
| | | | $ |
| | | | $ |

- 2 -

4. *How much cash do you and your spouse have?* $_____

   *Below, state any money you or your spouse have in bank accounts or in any other financial institution.*

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

*If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.*

5. *List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.*

| Home | Other real estate | Motor vehicle #1 |
|---|---|---|
| (Value) $ 0 | (Value) $ 0 | (Value) $ 0 |
| | | Make and year: |
| | | Model: |
| | | Registration #: |

| Motor vehicle #2 | Other assets | Other assets |
|---|---|---|
| (Value) $ 0 | (Value) $ 0 | (Value) $ 0 |
| Make and year: | | |
| Model: | | |
| Registration #: | | |

- 3 -

6. *State every person, business, or organization owing you or your spouse money, and the amount owed.*

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| N/A | $ | $ |
|  | $ | $ |
|  | $ | $ |
|  | $ | $ |

7. *State the persons who rely on you or your spouse for support.*

| Name [or, if a minor (i.e., underage), initials only] | Relationship | Age |
|---|---|---|
| N/A |  |  |
|  |  |  |
|  |  |  |

8. *Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.*

|  | You | Your Spouse |
|---|---|---|
| Rent or home-mortgage payment (including lot rented for mobile home)<br>    Are real estate taxes included?   ☐ Yes ☑ No<br>    Is property insurance included?  ☐ Yes ☑ No | $ 0 | $ — |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 0 | $ — |
| Home maintenance (repairs and upkeep) | $ 0 | $ — |
| Food | $ 0 | $ — |
| Clothing | $ 0 | $ — |
| Laundry and dry-cleaning | $ 0 | $ — |
| Medical and dental expenses | $ 0 | $ — |

- 4 -

| | | |
|---|---|---|
| Transportation (not including motor vehicle payments) | $ 0 | $ — |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0 | $ — |
| Insurance (not deducted from wages or included in mortgage payments) | | |
|     Homeowner's or renter's: | $ 0 | $ — |
|     Life: | $ 0 | $ — |
|     Health: | $ 0 | $ — |
|     Motor vehicle: | $ 0 | $ — |
|     Other: | $ 0 | $ — |
| Taxes (not deducted from wages or included in mortgage payments) (specify): | $ 0 | $ — |
| Installment payments | | |
|     Motor Vehicle: | $ 0 | $ — |
|     Credit card (name): | $ 0 | $ — |
|     Department store (name): | $ 0 | $ — |
|     Other: | $ 0 | $ — |
| Alimony, maintenance, and support paid to others | $ 0 | $ — |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ 0 | $ — |
| Other (specify): | $ 0 | $ — |
| **Total monthly expenses:** | $ 0 | $ 0 |

9. *Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?*

    ☐ Yes     ☒ No     If yes, describe on an attached sheet.

10. *Have you spent — or will you be spending — any money for expenses or attorney fees in connection with this lawsuit?* ☐ Yes ☒ No

    *If yes, how much?* $ _____

- 5 -

11. *Provide any other information that will help explain why you cannot pay the docket fees for your appeal.*

Lack of income — Unpaid wages

12. *Identify the city and state of your legal residence.*

City New York     State NY

Your daytime phone number: _____

Your age: 30     Your years of schooling: Some College

Last four digits of your social-security number: 5740

- 6 -

CLOSED,APPEAL,ECF,PRO–SE

# U.S. District Court
## Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:15–cv–09149–LAP

| | |
|---|---|
| Witherspoon v. International Olympic Committee et al<br>Assigned to: Judge Loretta A. Preska<br>Cause: 28:1331 Fed. Question | Date Filed: 11/19/2015<br>Date Terminated: 11/24/2015<br>Jury Demand: None<br>Nature of Suit: 440 Civil Rights: Other<br>Jurisdiction: Federal Question |

**Plaintiff**

**Desmond M. Witherspoon**   represented by   **Desmond M. Witherspoon**
296 Ninth Avenue
New York, NY 10001
PRO SE

V.

**Defendant**

**International Olympic Committee**

**Defendant**

**Nico Van Der MEulen Archetects**

**Defendant**

**KB Design**

**Defendant**

**Koncerthusets Forside**

**Defendant**

**Land Securities Group**

**Defendant**

**Shiodome City Center**

**Defendant**

**Evergrande Group**

**Defendant**

**County Garden**

**Defendant**

**Shimao Property Holding Limited**

**Defendant**

**Knife Depot**

**Defendant**

**Hecklor & Koch GmbH**

**Defendant**

**Sig Saur**

**Defendant**
NASA

**Defendant**
Schweizerische Industrie Gesellschaft

**Defendant**
Aronald Receptionist Desk

**Defendant**
United Nations

**Defendant**
Nextel

**Defendant**
Sprint

**Defendant**
Torres Ortega

**Defendant**
The Moinain Group

| Date Filed | # | Docket Text |
|---|---|---|
| 11/19/2015 | 1 | REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Desmond M. Witherspoon.(sjo) (Entered: 11/23/2015) |
| 11/19/2015 | 2 | COMPLAINT against Aronald Receptionist Desk, County Garden, Evergrande Group, Hecklor & Koch GmbH, International Olympic Committee, KB Design, Knife Depot, Koncerthusets Forside, Land Securities Group, NASA, Nextel, Nico Van Der MEulen Archetects, Torres Ortega, Schweizerische Industrie Gesellschaft, Shimao Property Holding Limited, Shiodome City Center, Sig Saur, Sprint, The Moinain Group, United Nations. Document filed by Desmond M. Witherspoon.(sjo) (Entered: 11/23/2015) |
| 11/19/2015 | | Case Designated ECF. (sjo) (Entered: 11/23/2015) |
| 11/24/2015 | 3 | ORDER OF DISMISSAL UNDER 28 U.S.C. § 1651: On June 30, 2015, Plaintiff was barred from filing any new action in forma pauperis (IFP) without first obtaining from the Court leave to file. See Witherspoon v. Rivera, No. 15–CV–4328 (LAP) (S.D.N.Y. June 30, 2015). Plaintiff files this new pro se case, seeks IFP status, and has not sought leave from the Court. This action is therefore dismissed without prejudice for Plaintiff's failure to comply with the June 30, 2015 order. The Clerk of Court is directed to assign this matter to my docket, mail a copy of this order to Plaintiff, and note service on the docket. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444–45 (1962). (Signed by Judge Loretta A. Preska on 11/24/2015) (kko) (Entered: 11/25/2015) |
| 11/24/2015 | | NOTICE OF CASE ASSIGNMENT – SUA SPONTE to Judge Loretta A. Preska. Judge Unassigned is no longer assigned to the case. (kko) (Entered: 11/25/2015) |
| 11/24/2015 | 4 | CIVIL JUDGMENT: Pursuant to the order issued November 24, 2015, dismissing the complaint, IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice pursuant to the June 30, 2015 order in Witherspoon v. Rivera, No. 15–CV–4328 (LAP) (S.D.N.Y. June 30, 2015). The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith. IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket. (Signed by Judge Loretta A. |

| | | |
|---|---|---|
| | | Preska on 11/24/2015) (kko) (Entered: 11/25/2015) |
| 11/24/2015 | | Transmission to Docket Assistant Clerk. Transmitted re: 3 Order of Dismissal, 4 Judgment – Sua Sponte (Complaint) to the Docket Assistant Clerk for case processing. (kko) (Entered: 11/25/2015) |
| 11/25/2015 | | Mailed notice of Right to Appeal re: 3 Order of Dismissal, 4 Judgment – Sua Sponte (Complaint), to Desmond M. Witherspoon 296 Ninth Avenue New York, NY 10001. (ca) (Entered: 11/25/2015) |
| 08/29/2016 | 5 | NOTICE OF MOTION; re: to Reinstate/ to Reopen Case. Document filed by Desmond M. Witherspoon.(sc) (Entered: 08/30/2016) |
| 09/20/2016 | 6 | ORDER. Plaintiff's motion for reconsideration (ECF doc. #5) is denied. The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket. Plaintiff's case in this Court under Docket No. 15–CV–9149 (LAP) is closed, though the Court will accept for filing documents that are directed to the Second Circuit Court of Appeals. If Plaintiff files a future reconsideration motion that repeats the same arguments or is also meritless, the Court will direct that no further documents be accepted for filing in this action, unless Plaintiff shows cause why such an order would be inappropriate. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444–45 (1962). SO ORDERED. Denying 5 Motion to Reopen Case. (Signed by Judge Loretta A. Preska on 9/20/2016) (rjm) (Entered: 09/20/2016) |
| 09/20/2016 | | Transmission to Docket Assistant Clerk. Transmitted re: 6 Order on Motion to Reopen Case to the Docket Assistant Clerk for case processing. (rjm) (Entered: 09/20/2016) |
| 09/21/2016 | | Mailed a copy of 6 Order on Motion to Reopen Case, to Desmond M. Witherspoon 296 Ninth Avenue New York, NY 10001. (ca) (Entered: 09/21/2016) |
| 03/23/2017 | | Received returned mail re: 6 Order on Motion to Reopen Case. Mail was addressed to Desmond M. Witherspoon 296 Ninth Avenue New York, NY 10001 and was returned for the following reason(s): Addressee Unknown. (nb) (Entered: 03/23/2017) |
| 09/18/2017 | 7 | NOTICE OF APPEAL from 3 Order of Dismissal, 4 Judgment – Sua Sponte (Complaint), 6 Order on Motion to Reopen Case. Document filed by Desmond M. Witherspoon. Form D–P is due within 14 days to the Court of Appeals, Second Circuit. (Attachments: # 1 Motion for IFP). (tp) (Entered: 09/20/2017) |
| 09/18/2017 | | Appeal Fee Due: for 7 Notice of Appeal. Appeal fee due by 10/2/2017. (tp) (Entered: 09/20/2017) |
| 09/18/2017 | | Appeal Remark as to 7 Notice of Appeal, filed by Desmond M. Witherspoon. IFP DENIED 11/24/2015. (tp) (Entered: 09/20/2017) |
| 09/20/2017 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 7 Notice of Appeal. (tp) (Entered: 09/20/2017) |
| 09/20/2017 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 7 Notice of Appeal, filed by Desmond M. Witherspoon were transmitted to the U.S. Court of Appeals. (tp) (Entered: 09/20/2017) |