

Activity in Case 1:15-cv-09149-LAP Witherspoon v. International Olympic Committee et al Appeal Record Sent to USCA - Electronic File

NYSD_ECF_Pool    to: CourtMail    09/20/2017 10:10 AM

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Southern District of New York

**Notice of Electronic Filing**

The following transaction was entered on 9/20/2017 at 10:10 AM EDT and filed on 9/20/2017

| | |
|---|---|
| **Case Name:** | Witherspoon v. International Olympic Committee et al |
| **Case Number:** | [1:15-cv-09149-LAP](#) |
| **Filer:** | |
| **WARNING: CASE CLOSED on 11/24/2015** | |
| **Document Number:** | No document attached |

**Docket Text:**
**Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for [7] Notice of Appeal, filed by Desmond M. Witherspoon were transmitted to the U.S. Court of Appeals. (tp)**


**1:15-cv-09149-LAP Notice has been electronically mailed to:**

**1:15-cv-09149-LAP Notice has been delivered by other means to:**

Desmond M. Witherspoon
296 Ninth Avenue
New York, NY 10001

CLOSED,APPEAL,ECF,PRO–SE

# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:15–cv–09149–LAP

| | |
|---|---|
| Witherspoon v. International Olympic Committee et al<br>Assigned to: Judge Loretta A. Preska<br>Cause: 28:1331 Fed. Question | Date Filed: 11/19/2015<br>Date Terminated: 11/24/2015<br>Jury Demand: None<br>Nature of Suit: 440 Civil Rights: Other<br>Jurisdiction: Federal Question |

**Plaintiff**

**Desmond M. Witherspoon**      represented by    **Desmond M. Witherspoon**
296 Ninth Avenue
New York, NY 10001
PRO SE

V.

**Defendant**
**International Olympic Committee**

**Defendant**
**Nico Van Der MEulen Archetects**

**Defendant**
**KB Design**

**Defendant**
**Koncerthusets Forside**

**Defendant**
**Land Securities Group**

**Defendant**
**Shiodome City Center**

**Defendant**
**Evergrande Group**

**Defendant**
**County Garden**

**Defendant**
**Shimao Property Holding Limited**

**Defendant**
**Knife Depot**

**Defendant**
**Hecklor & Koch GmbH**

**Defendant**
**Sig Saur**

**Defendant**

NASA

**Defendant**

Schweizerische Industrie Gesellschaft

**Defendant**

Aronald Receptionist Desk

**Defendant**

United Nations

**Defendant**

Nextel

**Defendant**

Sprint

**Defendant**

Torres Ortega

**Defendant**

The Moinain Group

| Date Filed | # | Docket Text |
|---|---|---|
| 11/19/2015 | 1 | REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Desmond M. Witherspoon.(sjo) (Entered: 11/23/2015) |
| 11/19/2015 | 2 | COMPLAINT against Aronald Receptionist Desk, County Garden, Evergrande Group, Hecklor & Koch GmbH, International Olympic Committee, KB Design, Knife Depot, Koncerthusets Forside, Land Securities Group, NASA, Nextel, Nico Van Der MEulen Archetects, Torres Ortega, Schweizerische Industrie Gesellschaft, Shimao Property Holding Limited, Shiodome City Center, Sig Saur, Sprint, The Moinain Group, United Nations. Document filed by Desmond M. Witherspoon.(sjo) (Entered: 11/23/2015) |
| 11/19/2015 |   | Case Designated ECF. (sjo) (Entered: 11/23/2015) |
| 11/24/2015 | 3 | ORDER OF DISMISSAL UNDER 28 U.S.C. § 1651: On June 30, 2015, Plaintiff was barred from filing any new action in forma pauperis (IFP) without first obtaining from the Court leave to file. See Witherspoon v. Rivera, No. 15−CV−4328 (LAP) (S.D.N.Y. June 30, 2015). Plaintiff files this new pro se case, seeks IFP status, and has not sought leave from the Court. This action is therefore dismissed without prejudice for Plaintiff's failure to comply with the June 30, 2015 order. The Clerk of Court is directed to assign this matter to my docket, mail a copy of this order to Plaintiff, and note service on the docket. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444–45 (1962). (Signed by Judge Loretta A. Preska on 11/24/2015) (kko) (Entered: 11/25/2015) |
| 11/24/2015 |   | NOTICE OF CASE ASSIGNMENT – SUA SPONTE to Judge Loretta A. Preska. Judge Unassigned is no longer assigned to the case. (kko) (Entered: 11/25/2015) |
| 11/24/2015 | 4 | CIVIL JUDGMENT: Pursuant to the order issued November 24, 2015, dismissing the complaint, IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice pursuant to the June 30, 2015 order in Witherspoon v. Rivera, No. 15−CV−4328 (LAP) (S.D.N.Y. June 30, 2015). The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith. IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket. (Signed by Judge Loretta A. |

| | | |
|---|---|---|
| | | Preska on 11/24/2015) (kko) (Entered: 11/25/2015) |
| 11/24/2015 | | Transmission to Docket Assistant Clerk. Transmitted re: 3 Order of Dismissal, 4 Judgment – Sua Sponte (Complaint) to the Docket Assistant Clerk for case processing. (kko) (Entered: 11/25/2015) |
| 11/25/2015 | | Mailed notice of Right to Appeal re: 3 Order of Dismissal, 4 Judgment – Sua Sponte (Complaint), to Desmond M. Witherspoon 296 Ninth Avenue New York, NY 10001. (ca) (Entered: 11/25/2015) |
| 08/29/2016 | 5 | NOTICE OF MOTION; re: to Reinstate/ to Reopen Case. Document filed by Desmond M. Witherspoon.(sc) (Entered: 08/30/2016) |
| 09/20/2016 | 6 | ORDER. Plaintiff's motion for reconsideration (ECF doc. #5) is denied. The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket. Plaintiff's case in this Court under Docket No. 15–CV–9149 (LAP) is closed, though the Court will accept for filing documents that are directed to the Second Circuit Court of Appeals. If Plaintiff files a future reconsideration motion that repeats the same arguments or is also meritless, the Court will direct that no further documents be accepted for filing in this action, unless Plaintiff shows cause why such an order would be inappropriate. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444–45 (1962). SO ORDERED. Denying 5 Motion to Reopen Case. (Signed by Judge Loretta A. Preska on 9/20/2016) (rjm) (Entered: 09/20/2016) |
| 09/20/2016 | | Transmission to Docket Assistant Clerk. Transmitted re: 6 Order on Motion to Reopen Case to the Docket Assistant Clerk for case processing. (rjm) (Entered: 09/20/2016) |
| 09/21/2016 | | Mailed a copy of 6 Order on Motion to Reopen Case, to Desmond M. Witherspoon 296 Ninth Avenue New York, NY 10001. (ca) (Entered: 09/21/2016) |
| 03/23/2017 | | Received returned mail re: 6 Order on Motion to Reopen Case. Mail was addressed to Desmond M. Witherspoon 296 Ninth Avenue New York, NY 10001 and was returned for the following reason(s): Addressee Unknown. (nb) (Entered: 03/23/2017) |
| 09/18/2017 | 7 | NOTICE OF APPEAL from 3 Order of Dismissal, 4 Judgment – Sua Sponte (Complaint), 6 Order on Motion to Reopen Case. Document filed by Desmond M. Witherspoon. Form D–P is due within 14 days to the Court of Appeals, Second Circuit. (Attachments: # 1 Motion for IFP). (tp) (Entered: 09/20/2017) |
| 09/18/2017 | | Appeal Fee Due: for 7 Notice of Appeal. Appeal fee due by 10/2/2017. (tp) (Entered: 09/20/2017) |
| 09/18/2017 | | Appeal Remark as to 7 Notice of Appeal, filed by Desmond M. Witherspoon. IFP DENIED 11/24/2015. (tp) (Entered: 09/20/2017) |
| 09/20/2017 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 7 Notice of Appeal. (tp) (Entered: 09/20/2017) |
| 09/20/2017 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 7 Notice of Appeal, filed by Desmond M. Witherspoon were transmitted to the U.S. Court of Appeals. (tp) (Entered: 09/20/2017) |