**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**ROBERT A. KATZMANN**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

**Distribution of Instructions & Forms for Pro Se Parties in U.S & Private Civil Cases**

__X__ Acknowledgment and Notice of Appearance
__X__ Docketing Notice
__X__ Docket Report
__X__ How to Appeal Your Civil Case
__X__ How to Appeal as a Pro Se Party
__X__ Form D-P
__X__ T-1080 Form
__X__ Financial Affidavit
__X__ Local Rule 24.1 Statement
__X__ Certificate of Service
__X__ Format Motion
__X__ Format Brief
__X__ Format Appendix
__X__ Pro Se Scheduling Notification
__X__ Oral Argument Statement (Local Rule 34.1(a))
__X__ Form 6 Certificate of compliance
____ Form 7 Declaration of Inmate Filing (only if detained/incarcerated)