# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

## CIVIL APPEAL TRANSCRIPT INFORMATION (FORM D-P)
## FOR PRO SE APPELLANTS

A PRO SE APPELLANT MUST FILE THE ORIGINAL OF THIS FORM WITH THE CLERK OF THE SECOND CIRCUIT IN ALL CIVIL APPEALS WITHIN 14 CALENDAR DAYS AFTER FILING A NOTICE OF APPEAL.

| THIS SECTION MUST BE COMPLETED BY APPELLANT |||
|---|---|---|
| **CASE TITLE** Witherspoon v. International Olympic Committee | **DISTRICT** Southern District of New York | **DOCKET NUMBER** 17-2919 |
| | **JUDGE** Preska | **APPELLANT** |
| | **COURT REPORTER** | **PRO SE APPELLANT** Raymond Witherspoon |

| | |
|---|---|
| Check the applicable provision:<br>☐ I am ordering a transcript.<br>☑ I am not ordering a transcript<br><br>Reason for not ordering a transcript:<br>☐ Copy is already available<br>☐ No transcribed proceedings<br>☑ Other (Specify in the space below): Not needed | PROVIDE A DESCRIPTION, INCLUDING DATES, OF THE PROCEEDINGS FOR WHICH A TRANSCRIPT IS REQUIRED (*i.e.*, oral argument, order from the bench, etc.)<br><br><br><br><br><br>METHOD OF PAYMENT   ☐ Funds   ☐ CJA Voucher (CJA 21) |
| INSTRUCTIONS TO COURT REPORTER:<br>☐ PREPARE TRANSCRIPT OF PRE-TRIAL PROCEEDINGS<br>☐ PREPARE TRANSCRIPT OF TRIAL<br>☐ PREPARE TRANSCRIPT OF OTHER POST-TRIAL PROCEEDINGS<br>☑ OTHER (Specify in the space below): upon request | DELIVER TRANSCRIPT TO: (APPELLANT'S NAME, ADDRESS, TELEPHONE) |

I certify that I have made satisfactory arrangements with the court reporter for payment of the cost of the transcript. *See* FRAP 10(b). I understand that unless I have already ordered the transcript, I shall order its preparation at the time required by FRAP and the Local Rules.

| APPELLANT'S SIGNATURE | DATE 10/2/17 |
|---|---|

COURT REPORTER ACKNOWLEDGMENT: This section is to be completed by the court reporter. Return one copy to the Clerk of the Second Circuit.

| DATE ORDER RECEIVED | ESTIMATED COMPLETION DATE | ESTIMATED NUMBER OF PAGES |
|---|---|---|
| SIGNATURE OF COURT REPORTED | | DATE |

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

M. Hergen

v.

International Olympic Committee

**CERTIFICATE OF SERVICE***

Docket Number: 17-2919

I, _Demond V. Hergen_, hereby certify under penalty of perjury that
    (print name)

on _10/2/17_, I served a copy of _Acknowledgement And Notice of Appeal_
    (date)

_____
(list all documents)

by (select all applicable)**

✓ Personal Delivery ___ United States Mail ___ Federal Express or other Overnight Courier

___ Commercial Carrier ___ E-Mail (on consent)

on the following parties:

| United States District Court Southern District of New York | 500 Pearl St | New York | NY | 10017 |
|---|---|---|---|---|
| Name | Address | City | State | Zip Code |

| Name | Address | City | State | Zip Code |

| Name | Address | City | State | Zip Code |

| Name | Address | City | State | Zip Code |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

_10/2/17_  
Today's Date

_[signature]_  
Signature

Certificate of Service Form (Last Revised 12/2015)