# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

## PRO SE SCHEDULING NOTIFICATION (NON - AGENCY CASE)

| THIS SECTION MUST BE COMPLETED BY APPELLANT | | |
|---|---|---|
| CASE TITLE: *Witherspoon* -vs- *International Olympic Committee* | USCA DOCKET NUMBER: 17-2919 | APPELLANT: *Leonard Witherspoon* |
| | DISTRICT: *Pro se* | APPELLANT'S ADDRESS: 286 9th Ave New York NY |
| | DISTRICT/AGENCY NUMBER: | APPELLANT'S PHONE NUMBER: |

Pursuant to Local Rule 31.2(a)(1)(A), I request that my brief and appendix be accepted for filing no later than _____ (MM/DD/YYYY). This date is within 91 days of the later of (1) the receipt of the last transcript in my case or (2) when no transcript is ordered, the required filing date of my Form D-P with the Court.

I understand that if I fail to return this signed scheduling proposal as stated above, the Court will issue an order setting a 40-day deadline to file my brief. If I fail to file my brief, the case may be dismissed.

I also understand that in the absence of extraordinary circumstances, such as a personal illness or family death, the Court will not grant a motion to extend the time to file a brief. Local Rule 27.1.(f)(1).

_____
Signature of Appellant/Petitioner

10/2/17
Date

_____
*Leonard Witherspoon*
Print Name

Rev. May, 2011

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

Witherspon

**CERTIFICATE OF SERVICE***

Docket Number: 17-2919

v.

International Olympic Committee

I, Desmond Witherspon (print name), hereby certify under penalty of perjury that on 10/2/17 (date), I served a copy of Acknowledgment for Notice of Appeal

(list all documents)

by (select all applicable)**

✓ Personal Delivery  ___ United States Mail  ___ Federal Express or other Overnight Courier

___ Commercial Carrier  ___ E-Mail (on consent)

on the following parties:

United States District Court Southern District of New York  500 Pearl St.  New York, NY  10014
Name                    Address                           City             State      Zip Code

___
Name                    Address                           City             State      Zip Code

___
Name                    Address                           City             State      Zip Code

___
Name                    Address                           City             State      Zip Code

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

10/2/17
Today's Date

Signature

Certificate of Service Form (Last Revised 12/2015)