UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

Docket Number(s): 17-2919

Caption [use short title]

Motion for: To Grant Case In Favor of Plaintiff

Set forth below precise, complete statement of relief sought:

Recall Mandate

Reinstate Case

MOVING PARTY: Desmond M. Witherspoon    OPPOSING PARTY: International Olympic Committee
  ☑ Plaintiff          ☐ Defendant
  ☐ Appellant/Petitioner    ☐ Appellee/Respondent

MOVING ATTORNEY: Pro-Se          OPPOSING ATTORNEY: 
                  [name of attorney, with firm, address, phone number and e-mail]

Court-Judge/Agency appealed from: 

Please check appropriate boxes:                FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND
                                               INJUNCTIONS PENDING APPEAL:
Has movant notified opposing counsel (required by Local Rule 27.1):    Has request for relief been made below?          ☑ Yes  ☐ No
  ☐ Yes  ☑ No (explain): Rule 4         Has this relief been previously sought in this Court?  ☑ Yes  ☐ No
                                               Requested return date and explanation of emergency:
Opposing counsel's position on motion:              Mandate issued on 11/30/2017
  ☐ Unopposed ☐ Opposed ☑ Don't Know
Does opposing counsel intend to file a response:
  ☐ Yes ☐ No ☑ Don't Know

Is oral argument on motion requested?  ☐ Yes ☑ No  (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  ☐ Yes ☑ No  If yes, enter date: 

Signature of Moving Attorney:
Pro-Se        Date:         Service by: ☐ CM/ECF  ☐ Other [Attach proof of service]

**Form T-1080** (rev. 12-13)

CASE Number : 17-2919

United Nations

Plaintiff

Desmond M. Witherspoon

-vs-

Defendant(s)

U.S Immigration (Manhattan) 201 Varick Suite 3st Suite 1023
New York, NY

* Spain, Germany, Switzerland, France, United Kingdom
* The Republic of Aelssee, the Republic of Carman, the Republic of Sakha, The Republic
of Tatarstin, The Republic of Tuva, the Republic of Udmurtia the Bashkortostan

* Morrocco, Egypt, South Africa, Madagascar, Sierra Leone
Senegal, Cote d' Ivoire, Israel,

* ████████

* ████████, Mexico, Dominican Republic, Russia, Soviety Union, Mongolia

* ███ Czech Republic, Saudi Arbia, Czechzavahia, United Arab Emarites,

* Argentina, Boliva, Brazil, Chile, Columbia, Ecuador, Peru, Venezuela
South America

* Republic of Aelssee, Republic of Bashkortostan, Republic of Udmurtia,
Republic of Tuva, the Republic of tatarstin, Republic of Crimea,
Republic of Crimea, Republic of Sakha

To provide Plaintiff with all immigrants past (10 yrs - present
To provide Plaintiff with all employer past (10 yrs - present (owner, founder, trustee ect.)

Plaintiff as citizen in listed countries, defendant to provide plaintiff with proper id /
paperwork
Terms and conditions are subject to change Lifetime Guarentee that at change

case number

Plaintiffs
Lawrence M. Luthaper

Defendants

U.S. Embassy in Lei anda

U.S. Embassy Argentina

U.S. Embassy Abu Dhabi Airport Rd at Rabdan (29th) street Embassies District, Plot 81
U.S. Embassy Australia : Level 10 Mlc Center 19-21 Martin place Australia
W36-02 street

U.S. Embassy Athens : Leof Vasilissis Sofia 91 Athina 115 21 Greece

U.S. Embassy Austria : Boltzmanngasse 16 1090 Vienna Austria

U.S. Embassy Laos : Thadeua Rd Km 9 Vientiane, Laos

U.S. Embassy Latvia : 1 Samnera Velsa st Riga LV-1510 Latvia

U.S. Embassy Lebanon : Awkar - Facing the Municipality Main st Beirut Lebanon

U.S. Embassy Lithuania : Akmenu g 6 Vilnius Lithuania Lt-03106

U.S. Embassy Luxembourg : 22 Blvd Emmanuel Servais L-2535 Luxembourg

U.S. Embassy in Skopje : Str Samoilova Nr 21 1000 skopje Republic of Macedonia

Embassy in ~~Africa~~ Caracas : F St and Suapure st Urb Colinas de Valle Arriba
Caracas Venezuela 1080

Embassy In Switzerland

Embassy In Seoul : 188 Sejong-daero Sejongno Tongno-gu Seoul South Korea

Embassy in Saudi Arabia : Abdullah Atschini st. Al Safarat Al Safarat, Riyadh
12583 Saudi Arabia

Embassy In Santo Domingo : Av Republica de Colombia 57 Santo Domingo,
Dominican Republic

Embassy Chile : Av Andres Bello 2700 Las Condes Santiago Chile 755044

Embassy Colombia : Cl 24 Bis #48-50 Bogota, Colombia

Embassy : Av Arce La Paz Bolivia

Embassy Paraguay : Av Mariscal Lopez 1776 Asuncion Paraguay

Embassy Paramaribo : 165 Kristalstraat Paramaribo Suriname

(Hospitals included)

defendant(s) to make arrest on specified individuals and place in Federal pentity
while names of all employees (Past K9) for ...

... prepare missiles and prepare to execute upon commands
and confirm are subject to charge Leban ...

Case number

Jennifer
amirul Hasfarepan
Hendrickba

U.S. Embassy London : 24 Grosvenor Square, Mayfair London W1A 2LQ, UK
U.S Embassy Haiti : Blvd du 15 Octobre, Port-au-Prince Haiti
U.S Embassy Tirana : Rruge e Elbasanit No 103 Tirana Albania
U.S. Embassy dhaka : Madani Ave Dhaka 1212 Bangladesh
U.S. Embassy israel : the Yarkon st 71 Tel Aviv-Yafo Israel
U.S. Embassy Jamaica : 142 old hope Road Kingston 6 Jamaica
U.S Embassy Paris : 2 Avenue Gabriel 75008 Paris France
U.S Embassy Moscow : Bolshoy Devyatinsky Lane 8 Moskva Russi, 12287s
U.S Embassy Manila : 1201 Roxas Blvd Ermita Manila, 1000 Metro Mnla, Philippines
U.S. Embassy Islamabad : Islamabad 44000 Pakistan
U.S. Embassy India : Shantipath Chanakyapuri New Delhi 11000 India
U.S. Embassy Mexico : Paseo de los Culturas s/n Mun De City 22425 Tijuana Mexico
U.S. Embassy Cuba : Calzada La Habana Cuba
U.S. Embassy Iraq : Kindi st Baghdad 217 Iraq
U.S. Embassy Canada : 490 Sussex Dr Ottawa ON KIN 1G8 Canada
U.S. Embassy Singapore : 27 Napier Rd Singapore 258508
U.S. Embassy Paris : 2 Ave G
U.S. Embassy Cairo : Qasr Ad Dobarah Qasr an Nile Cairo Governorate
U.S. Embassy Ankara : Remni Oguz Aril Mahallesi O678 Cankaya/Ankara
U.S. Embassy in Algiers : 05 Chemin Cheikh Bachir Ibrahimi El-Biar
Alger Algeria

To make arrests on special indivduals and place on death row to available Hayotts/Foster Zerates
To Provide names of all employees past 10 yrs-present
All embassies prepare missles and prepare to evacuate upon commen
Terms and conditions are subject to change before Command

case number

~~mkkh~~
~~mai~~ M. ~~Lettergram~~
~~kindarther~~

~~House of Representative: 1100 Second st Columbia~~
General Assembly: 320 6th Ave N #7 Nashville TN 37243
Tennessee Stb Senate: 1 Legislative Plz Nashville, TN 37243
Tennessee Legislature: 320 6th Ave N Nashville. TN 37243
~~Tennessee House of Representative~~
Kentucky Legislature: 700 Capitol Ave Loop Frankfort, KY 40601
Indiana House of Representative: 200 W Washington st Indianapolis, IN 46204
Indiana General Assembly: 200 W Washington st Indianapolis, IN 46204
The Iowa Legislation: 1007 East Grand Ave Des Moines, Iowa 50319
Illinois House - Representative: 301 S 2nd st #300 Springfield, IL 62706
Illinois State Senate: 323 State Capitol Springfield Illinois 627
Illinois General Assembly: 705 Stratton Building Springfield Illinois 627
Arizona State Legislature: Arizona State Capitol Complex 1700 W Wash.
                            Phoenix Az 85007
Arizona Senate: 1700 W Washington st Phoenix Az 85007
House of Representatives: 1700 W Washington st Phoenix Az 85007
New Mexico State Legislature: 490 old Santa Fe Trail Santa Fe NM 87
Missouri State Senate: 201 W Capitol Ave Jefferson City MO 65101
Kansas state Senate: 300 SW 10th Ave #271 W Topeka Ks Wa
Wyoming State Senate: 200 W 24th st Cheyenne WY 82001
: The Legislature of the state of Wyoming: 213 State Capitol Cheyenne

Listed defendant(s) + prior defendant(s) statement within listed state
Listed defendant(s) + provide names of all employees past ten year preser...
: Terms and conditions on subject to change within Gov

The State of Pennsylvania Health Legislative Statement

In the state of Pennsylvania Pennsylvania State Senate receiving any litigation from desmond M. Witherspoon is hereby stated in the state of Pennsylvania founded December 12, 1787 considered to be one of America's thirteen Original Colonies

The State of Florida Legislative Statement

n the State of Florida Desmond M. Wotherspoon is
excluded from any and all liability, scrutiny, litigation,
penalties punishment by law in any campus act

The State of Florida Health Legislative Statement

In the State of Florida in the Florida House of Representatives and in the Florida State Senators office any litigation from Desmond M. Witherspoon is hereby stoked in the State of Florida founded March 3rd, 1845 in the United States of America in which gained its independence from Great Britain on July 2, 1776 noted in the U.S. Constitution sign September 17, 1787 in Washington D.C. celebrating this event is we know it to be Independence day on July 4th. Both all the States Independence included pronounce in this statement that I Desmond M. Witherspoon in this state as well as this country to uphold and legally penalize all living in any inhumane, cultivated conditions or that any disadvantage living within secrets that can't be cured. All the Aids, cancer, Hebos' hermaphrodites, transvestites, the handicap and mentally retarded to be stopped to scale and expelled to existing hospitals and penitentiaries statewide for de row. I Desmond M. Witherspoon to be considered excluded for any and all legal liabilities, scrutiny, litigation, penalties and pr by law in this courthouse act + those whom may be held who do things in spite or as animosity + antagonize me

Desmond M. Witherspoon

The State of Wisconsin Health Legislative Statement

The State of Wisconsin State Senate, State Legislation, General Assembly and or House of Representatives ~~in emergency~~ contracted from litigation (or to produce) against ~~against~~ plaintiff. It is hereby stated in the State of Wisconsin and it's border limits founded May 22, 1848 in the United States of America in which gained it's independence from Great Britain on July 2, 1776 noted in the U.S. Constitution signed September 17, 1787 in Washington DC celebrating this event as we know it on July 4th. Both all of this states independence included announce in this statement that I desmond M. Witherspoon in this state to uphold ~~any~~ and ~~the~~ legalized penalty ( as well as the country) ~~to~~ all living in any inhumane, cultivated condition or has any disadvantage living within society that can't be cured. All Hiv, Aids Cancer, rabies, hermithaldies, traumadies, shamales, handicap, and mentally retarded to be admitted + exile and expeled to existing hospitals and penitentaries statewide. For death row. Note to public. I desmond M. Witherspoon to be considered excluded from any and all legal liability, any and all scrutiny, litigation, penalties, or punishment by law in this courageous act to all whom may be bitter whom do things in spite or any animosity to antagonize me.

Desmond M. Witherspoon

V NWA

The State of Pennsylvania Health Legislature statement

in the State of Pennsylvania within the Pennsylvania state
Senate, this statement is to be documented by proper personell
with all of the state of Pennsylvania's Independence as one of
the thirteen original colonies founded December 12, 1787 which gained
it's independence from Great Britian on July 2 1776 noted in
the U.S Constitution signed September 17, 1787 in washington DC
Celebrating this event as we know it + the Independence day
on July 4th. I Desmal M. Wittherspoon to uphold and legally penalize
all living in any inhumane condition or that any disadvantage thing
within society that can't be cured. All Hiv, Aids, cancer, rabie's, hermadelate
transverdiles, stemulate, handicap and mentally retarted + to admitted to
exile and expeled to existing Hospitals and penaltics statewide for death
row. I Desmal M. Wittherspoon to be considered excluded from any
and all legal liabilety, Scrutiny, litigation, penalties and punishment
by law in this courageous act + those whom may be both
who do things in spite or any animasity + antjemezmia

Desmal M. Wittherspoon

Police

case number:

will,
wendell M. Witherspoon
—on
behalf of

Louisiana
Alabama State Senate : P.o. Box 94183 Baton Rouge, LA 70804
Louisiana State Legislature: P.o. Box 94062 (900 N Third St) Baton Rouge LA
70804

Alabama Legislature: 11 South Union St Montgomery, Al 36130

New York legislature:

Terms and conditions are subject to change. Whatever backward

Case number

Plaintiff,
Samuel M Witherspoon
-vs-
Defendants

Utah State Senate: 320 State Capitol P.O. Box 145115 Salt Lake City Utah 84114
Utah House of Representatives: 350 North State Suite 350 P.O. Box 84114 Salt Lake City UT
Utah State Legislature: W315 House Building S.L.H Lake city UT 84114
Oregon State Legislature: 900 Court St NE Salem OR
Washington State Legislature: 110 Legislative Building Olympia WA 98504-0600
Minnesota House of Representatives: 100 Rev Dr Martin Luther King Pkd Saint Paul MN 55155
Minnesota Senate: Minnesota Senat Bld 95 University Ave W St Paul MN 55155

Legislative Coordinating Commission: 72 State Office Building St Paul MN 55515
Pennsylvania State Senate: 1 N Church St West Chester PA 19380
Wisconsin State Senate: P.O. Box 7882 Madison Wi 53707
Wisconsin State Legislative: Wisconsin State Capitol 2 East Main St Madison Wi

Idaho State Senate: P.o. Box 83720 Boise Id 83720-0031
Idaho State House of Representatives: P.o. Box 88720 Boise Id 83720-0038
Idaho State Legislation: P.o. Box 83720 Boise Id 83720-0054
Montana Legislation: P.O. Box 201706 Helena MT 59620-1706
Montana State Senate: P.o. Box 200500 Helena MT 59620-0500
U.S. House of Representatives: 217 Ford House Office Building Washington DC
U.S. Congress: 1600 Pennsylvania Ave Washington DC
North Dakota Legislative Branch: State Capitol 600 E Blvd Bismarck ND 50505
South Dakota Legislative Research Council: 500 E Capital Ave Pierre SD 57501

Listed defendant(s) + gross defendant(s) statement within listed state
Listed defendant(s) + private name of all employees past 100 yrs-present
Terms and Conditions are subject to change Listed Government

Plaintiff
Jasmine M. Wellington
)-vs-
Defendant(s)

Ohio House of Representatives: 77 S High St #12 Columbus OH

Legislative Service Commission: Inc: 77 S High St Columbus OH 43215

West Virginia Senate: 1900 Kanawha Blvd E #M211 Charleston WV 25705

House of Delegates: 1000 Bank St #303 Richmond VA 23218

West Virginia Legislature: 1900 Kanawha Blvd E Charleston WV 25311

Virginia General Assembly: 1000 Bank St Richmond VA 23218

House of Representatives: 1100 Gervais St Columbia SC 28201

Legislative Services Agency: 14.05 Pendleton St Columbia SC 29201

North Carolina General Assembly: 16 W Jones St Raleigh NC 27601

North Carolina House of Representatives: 16 W Jones St Raleigh NC 27601

Florida State Senators Office: 11961 N Florida Ave Tampa FL 87612

Florida House of Representatives: 420 7th Capitol 402 South Monroe St Tallahassee, FL 32399-1300

Georgia General Assembly: 434 Capitol Ave SE Atlanta GA 30812

Georgia State Senate: 420 Capitol Ave SEC Atlanta GA 30812

Georgia House of Representatives: 332 Capitol Ave SE Atlanta GA 30557

Listed defendant(s) to pass defendant(s) statement within listed std
Each defendant will provide names of all employees past 100 yrs present (circa)
Terms and conditions are subject to change within insurance

The Northwest Territory of Yukon

In the Providence of Yukon which was split from the Northwest territories in 1898 this statement is to be documented properly with Canada's Parliment. It is herein proclaimed that I Desmond M. Witherspon is to be excluded from any and all liability, scrutiny, litigation, penalties and or punishment by law in any congress act

The Providence of Quebec

In the Presidence of Quebec in which was founded in July 3 1608. This statement is to be documented property within Canadian Parliment as well as Quebec Legislation. It is herein proclaimed that I Jooimod m Witherpen is to be excluded from any and all liability, scrutiny, litigation, penalties and or punishment by law in any @canayaw act

The Providence of Manitoba

In the Providence of Manitoba in which was founded in ~~the~~ the late 17th century. Manitoba was recognized by the Federal Government in 1870 as seperate from the Northwest Territories. This statement is to be documented within the Parliament of Canada as well as the Manitoba legislation It is here proclaimed that I Desmond M. Witherspoon is to be excluded from any and all liability, scurcating, litigation, penalties and or punishment by law in any couryous act.

# The Providence of British Columbia

In the Providence of British Columbia in which was founded in 1858 - 1866; this statement is to be documented properly with Canada's Parliament. it is here proclaimed that I Desmond M. Lutherson is to be excluded from any and all liability Scrutiny, litigation, penalties, and or punishment by law in any courageous act.

The Providence of Alberta

In the Providence of Alberta which was founded September 1, 1905. This statement is to be documented properly with proper personnell within Canadian Parliament. It is here proclaimed that I Desmond M. Witherspoon is to be excluded from any and all liability scrutiny, litigation, penalties, and or punishment by law ~~in any~~ in any courageous act.

The Presidence of Ontario

In the Presidence of Ontario which was founded July 1, 1867
This statement is to be documental properly by proper
Personell within the Parliment of Canada as well as the
legislation of Ontario. It is hereby proclaimed that I

Desmond M. Witherspoo is to be excluded from any and all liability
scrutiny, litigation, penalties and or punishment by law in any exengenie
act.

The Providence of New Brunswick

In the Providence of New Brunswick which was founded in the year 1784 est as seperate providence from Nova Scotia. This statement is to be documented properly with proper personell within The Parliment of Canada. It is here proclaimed that I Desmond M. Wotherspoon is to be excluded from any and all liability, scrutiny, litigation, penalties, and or punishment by law in any european act.

The Providence of Saskatchewan

In the Providence of Saskatchewan in which was funded September 1, 1905 in which inauguration day is celebrated September 4. This statement is to be documented properly with the Canadian Parliament. It is hereby proclaimed that I demand Mr. Witherspoon is to be excluded from any and all liability Scrutiny, Litigation, penalties, and or punishment by law in any courageous act.

The State of Texas Health Legislative Statement

In the State of Texas founded December 29, 1845 with the United States of America which gained its independence from Great Britain on July 2 1776 in the U.S. Constitution signed September 17, 1787 in Washington DC. celebrating this event as we know it to Independence Day on July 4th. With all of the states Independence include I Desmond M. Witherspoon in this state as well as this county provision to legally penalize all living in any inhumane, cultivated conditions or may have any disadvantage living with society that can't be cured. All HIV, Aids, Cancer, rabies, hermaphrodites, transvestites, shemales, handicap and mentally retarded to be submitted to exile and expelled to hospitals and prisons statewide the death row. Desmond Witherspoon is to be considered excluded from any legal liability, scrutiny, litigation, penalties or punishment by law in this carrying on act. To all whom may be bothered may do things in spite or animosity to antagonize me. This statement is to be properly documented by proper personell within Texas state Legislation

Desmond M. Witherspoon

The State of New York Health Legislative Statement

In the State of New York founded 1624 within the United States of America which gained its independence from Great Britain on July 2 1776 in the US Constitution signed September 17, 1787 in Washington DC. celebrating this event as we know it to Independence Day on July 4th. With all of this states independence included i Desmond M. Witherspoon in this state as well as this County promising to legally penalize all living in any inhumane, cultural Conditions or may have any disadvantage living within society that cant be cured. All Hiv, Aids, Cancer, ebola, hermaphrodites, transvestites, shemales, handicap and mentally retarded to be admitted to exile and expelled to Hospitals and prisons statewide for death now. Desmond Witherspoon c. to be Considered excluded ~~from any~~ legal liability, scrutiny, litigation, penalties or punishment by law in this outrageous act. To all whom may be able may do things in spite or animosity to antagonize me. This statement is to be properly documented by proper personell within New York State legislation

Desmond M. Witherspoon

The State of South Carolina Health Legislative Statement

In the State of South Carolina found ~~[redacted]~~ May 23,
1788 within the United States of America which joined it's
independence from Great Britain on July 2 1776 in the U.S.
Constitution signed September 17, 1787 in Washington DC. celebrating
this event as we know it to be Independence Day on July 4th
with all of this states independence included I Desmond M. Witherspoon
in this state as well as this county propose to legally
penalize all living in any inhumane, cultivated conditions or may have
any disadvantages living within society that can't be cured. All this,
Aids, Cancer, hiv, hermatholitis, transvestites, shemales, handicap and
mentally retarded to be admitted to exile and expelled to existing
hospitals and prisons statewide for death row. Desmond Witherspoon is to
be considered excluded from any and all legal liability, scrutiny, litigation,
penalties, or punishment by law in this courageous act. To all whom
may be bother may do thing in speak or animosity to intervene me
this statement is to be properly documented by proper personnel
within South Carolina State legislature

Desmond M. Witherspoon

V.MBS

The State of Virginia Health Legislative Statement

In the State Virginia founded in the 16th century within the United States of America which gained it's independence from Great Britain on July 2, 1776 note in the U.S Constitution Signed September 17, 1787 in Washington. We celebrating this event as we know it to be Independence Day on July 4th. Laith-till at this states independence included. I Deemed or Lawful person in this state as well as this county province to uphold and lawfully sanitize all living in any inhumane, cultivated conditions or may have any disadvantage living within society that can't be cured. All HIV, Aids, Cancer, rabies, hermaphrodites, transvestite, shemales, handicap and mentally retarded to be admitted to exile and expelled to existing hospitals and prisons statewide to death row. Deemed lawful person is to be considered excluded from any and all legal liability, scrutiny, litigation, penalties, or punishment by law in this caregivers acts. To all whom may be bother. ~~my this matter~~ may do things in spite or animosity to antagonize me. This statement is to be properly documented by proper personell within state legislation

Damwel M. Witherspoon

[signature]

The State of North Dakota Health Legislature Statement

In the state of North Dakota within the North Dakota legislature Branch this statement is to be documented by proper personnel. In the state of North Dakota founded November 21, 1889 in the United States of America which gained it's independence from Great Britain on July 2, 1776 noted in the U.S Constitution signed September 17, 1787 in Washington, D.C. celebrating this event as we know it to be Independence Day on July 4th. With all of this states independence included I Desmond M. Witherspoon in this state as well as well in this country presence to uphold and legally penalize all living in any inhumane, cultured conditions or may have any disadvantage living within society that can't be cured. All H.o, Aids Cancer, Hobo's, hermaphrodites, transvestites, shemales, handicap and mentally retarded to be admitted to exiled and expeled to existing hospitals and penitentiaries statewide for death row. Desmond M. Witherspoon to be considered excluded from any and all liability and or all scrutiny, litigation penalties or punishment by the law in the congress act. To all whom may be bother, may do things in spite or animosity to antagonize me.

Desmond M. Witherspoon

D.W.

The State of Ohio Health Legislative Statement

In The State of Ohio the State legislation and the House of
Representatives receiving any litigation from Desmond M. Witherspoon
it is hereby stated in the state of Ohio and its border limits
founded March 1, 1803 in the United States of America which
gained it's independence from Great Britian on July 2, 1776
Netork in the United State Constitution signed September 17, 1787
in Washington DC celebrating this event as we know it to be
July 4TH as Independence Day. With all the states independence
I Desmond M. Witherspoon pronounce to uphold in this state
In this Country any / all law and legally penalize all

living in any inhumane, cultivated coalition or has any disadvantage
living within society that can't be cured. All HIV, Aids, Cancer
hobo's, hermathlodites, transvestites, shemales, handicap and mentally
retarded to be admitted to be exiled and expeled to existing
hospitals and panitentuaries statewide for death row. Write
to the public I Desmond M. Witherspoon to be considered
excluded from any and all liability and or all scrutiny, litigation
penalties or punishment by the law in this cannigeous act. To
all whom may be bitter, may do things in spite or animosity
to antigonize me.

Desmond M. Witherspoon
_____

V. Post
_____

The State of Washington Health Legislative Statement

The State of Washington State legislation receiving any litigation from Plaintiff it is hereby stated in the state of Washington and its border limits founded November 11, 1889 in the United States of America in which joined its independence from Great Britain on July 2, 1776 noted in the United States Constitution signed September 17, 1787 in Washington Dc. celebrating this event as we know it on July 4th as Independence Day. With all of this states Independence include I announce that I Desmond M. Wotherspoon in the state of Washington as well as the Country (United States of America) any and all legalized penalties to all living in any inhumane, cultivated conditions or has any disadvantage living within society that can't be cured. All Hiv Aids, Cancer, hibis, hemothelitis, transvestites, shemales, handicap and mentally retarded to be admitted to be exiled and expelled to country tripted and prison, statewide for death row. Desmond Wotherspoon is to be considered excluded from any and all legal liability and or all Scrutiny, litigation, penalties, or punishment by laws in this congress act To all whom may be better may do things in spite or animosity of intolerance me

Desmond M. Wotherspoon

[signature]

The State of Minnesota Health Legislative Statement

In the State of Minnesota in the Minnesota State Senate
and in the Minnesota House of Representatives any litigation
from Desmond M. Witherspoon is hereby stated in the state of
Minnesota May 11th 1858 in the United States of America
In which gained its independence from Great Britain on July 2, 1776
Noted in the United States Constitution Signed September 17, 1787 in
Washington, D.C. Celebrating this event as have known it to be
Independence Day on July 4th. With all of this states Independence
I Desmond M. Witherspoon pronounce and declare to legally penalize those
living in any inhumane, cultivated creations or that any disadvantage living
within societies that can't be cured. All Hiv, Aids, Cancer (habis)
permothaldoy, transvestites, shemales, handicap and mentally retarded to be
admitted to be exiled and expelled to existing hospitals and penitentiaries
statewide for death row. Desmond Witherspoon is to be considered excluded
from any and all liability and or all scrutiny, litigation, penalties or
punishment by law in this caregiver act. To all whom may be
either, may do things in spite or animosity to antagonize me

Desmond M. Witherspoon

The State of Iowa Health Legislative Statement

In the State of Iowa in Iowa State Legislature is hereby stated that in the state of Iowa and its border limits founded December 28, 1846 in the United States of America which gained its independence from Great Britain on July 2, 1776 noted in the United State Constitution signed September 17, 1787 in Washington D.C. celebrating this event as we know it to be July 4th as Independence Day with all the States Independence. I Desmond M. Witherspoon pronounce to uphold in this state in this country legally penalize those living in any inhumane, cultured condition or has any disadvantage living within society that can't be cured. All HIV, Aids, Cancer, hobo's, hermaphrodites, transvesditer, slander, handicap and mentally retarded to be admitted to be exiled and expelled to existing hospitals and penitentiaries statewide for death row. Note to the public I Desmond M. Witherspoon to be considered excluded from any and all liability and or all scrutiny, litigation penalties or whichever by the law in this courageous act. To all whom may be bitter, may do things in spite or animosity to antagonize me.

Desmond M. Witherspoon

The State of New Jersey Health Legislative Statement

In the state of New Jersey founded December 18, 1787 in the United States of America which gained its independence from Great Britain on July 2, 1776 noted in the United States Constitution signed September 17, 1787 in Washington DC. celebrating this event as we know it to be July 4th as Independence Day. With all of the states Independence I Desmond M. Witherspoon promise to uphold legally practice those living in any inhumane, cultivated condition or has any disadvantage living within secrets that can't be cured. All the Aids, crazee, hobo's, hermithilides, transvestites, shemales, handicap, and mentally retarded to be admitted to scale and expelled to existing hospitals and penitentiaries statewide for Death Row. Note to the public I Desmond M. Witherspoon to be considered excluded from any and all liability and on all scrutiny, litigation, penalties or Punishment by law on this careylous act. To I whom may be bitter, may do things in spite or animosity to antagonize me

Desmond M. Witherspoon
_____

_____

The State of Montana Legislative Statement

In the State of Montana Desmond M. Witherspoon is excluded from any any all liability, scrutiny, litigation, penalties, Punishment by law in any courageous act

The State of Oregon Health Legislative Statement

The State of Oregon State Legislation recieving any litigation from Leonard M. Witterpain it is hereby stated in the state of Oregon and it's border limits founded February 14, 1859 in the United States of America in which granted it's independence from Great Britian

The State of Wisconsin Legislature Statement

In the State of Wisconsin Desmond M Witherspoon is excluded
from any and all liability, scrutiny, litigation, penalties and or
any punishment by law in any european act

The State of Ohio Legislative Statement

In the State of Ohio Desmond M. Witherspoon is excluded from any and all liability, scrutiny, litigation, penalties and or any punishment by law in any courageous act.

The State of Iowa Legislature Statement

In the State of Iowa Desmond M. Cutherper is excluded
from any and all liability, scrutiny, litigation, penalties and or any
punishment by law or any caregiven act

The State of California Legislative Statement

In the State of California Desmond M. Witherspoon is excluded from any and all liability, scrutiny, litigation, penalties punishment by law in any courageous act

The State of Wyoming Legislature Statement

In The State of Wyoming Delmar M. Witherspoon is excluded
from any and all liability. Scrutiny. litigation, penalties, Punishment
by law in any currrigeous act

The State of Missouri Legislative Statement

In the State of Missouri desmond M. Witherspoon
is excluded from and all liability, scrutiny, litigation,
Penalties, Punishment, by law on any carry-on act

The State of Nebraska Legislative Statement

In the State of Nebraska Desmond M. Witherspoon
is excluded from and all liability, scrutiny, litigation,
penalties, punishment by law in any courageous act

The State of Illinois Legislative Statement

In the State of Michigan Desmond M. Cottrager is
excluded from and all liability, scrutiny, litigation, penalties
Punishment by law in any courageous act

The State of Tennessee Legislative Statement

In the State of Tennesse Desmond M. Witherspoon

is excluded from any and all liability, 3courting litigation,
penalties punishment by law in any courageous act

The State of Michigan Legislative Statement

In the State Michigan Desmond M. Lotterspen is excluded from any and all liability, scrutiny, litigation, penalties, punishment by law in any courageous act

The State of Colorado Legislative Statement

In the State of Colorado Desmond M. Witherspoon
is exculded from any and all liablity. Scrutiny, litigation
Penalties, punishment by law in any courageous act

The State of Utah Legislative Statement

In the State of Utah founded January 4, 1896
Desmond M. Witherspoon is to be excluded from all liability,
Scrutiny, litigation, penalties, punishment by the law in any congress
act. This statement is to be documented by proper personnell
within the State legislature

The State of South Dakota Legislative Statement

In the State of South Dakota founded November 21, 1858
Desmond M. Witherspoon is to be excluded from all liability, scrutiny
litigation, penalties, punishment by the law in any Congress act.
This statement is to be documented by proper personnel within
the state legislature

The State of Washington Legislative Statement

In the State of Washington founded November 11, 1889

Desmond M. Witherspoon is to be excluded from all liability, Scrutiny, litigation, penalties, punishment, by the law in any Criminal act. This statement is to be documented by proper personell within the state legislation.

The State of Minnesota Legislative Statement

In the State of Minnesota founded May 11, 1858 Desmond M. Hotherpace is to be excluded from all liability, scrutiny, litigation, penalties, punishment by the laws in any Congressian act. This statement is to be documented by proper personell within the state legislation

The State of Arizona Legislative Statement

The State of Arizona founded February 14, 1912
Desmond M. Witherspoon is to be excluded from all liability,
Scrutiny, litigation, penalties, punishment by law in any campus
act. This statement is to be documented by proper personnell
within the state legislation

The State of New York Legislative Statement

In the State of New York founded 1624. Deemed no
whatsoever is to be excluded from all liability, scrutiny, litigation,
penalties, punishment by law in any cargons out. This
Statement is to be ~~deemed~~ documented by proper personell
within the state Legislation

The State of Oregon Legislative Statement

In the State of Oregon founded in the year February 14, 1857 Desmond M. Witherspoon is to be excluded from all liability, scrutiny, litigation, penalties & punishment by laws in any courrycems ect. This Statement is to be documented by proper personnell within the state Legislation

The State of Georgia Legislative Statement

In the State of Georgia founded February 12, 1753 Jamaal M. Witherspoon is to be excluded from all liability, sentencing, litigation, penalties, punishment by law in any erroneous act. This statement is to be documented by proper personnel within the state legislation.

The State of Virginia Legislative Statement

In the state Virginia founded in the 16th Century Desmond M Witherspoon is to be excluded from all liability, scrutiny, litigation, penalties, punishment by law in any courageous act. This statement is to be documented by proper personell within the state legislation

The State of New Jersey Legislature Statement

In the state New Jersey founded December 18, 1787 Desmond M Witherspoon is to be excluded from all liability, scrutiny, litigation, penalties, punishment by law in any congress act. This statement is to be documented by proper personell within the state legislature

Plaintiff
Desmond M. Witherspoon
Austin [illegible]

Case number

Embassy of Macedonia : Suvatiki 4-13 10135 Tallinn Estonia

[redacted]

[redacted]

Austria Parliament Building : Dr.-Karl-Renner-Ring 3 1017 Vienna, Austria

Belarus-Lithuania Relations : Mindaugo g 13 Vilnius 03225 Lithuania

European Parliament : Rue de Treves 3 1050 Bruxelles Belgium
European Commission : Blvd Charlemagne 170 1000 Bruxelles , Belgium

[illegible] defendant[s] order to exile to hospitals/prisons (hermathlodites, kukri, shemales, transvestites)
[illegible] detal [illegible] to order to exile to listed hospitals / penitentiaries (Aids, retarded, cancer)
[illegible] defendant[s] to provide names of all employees Past CW vs present lethal Injection

Case number

email M. ...

...f(1)

Belgische Senaat: Belgische Senaat Paleis der Natie Natieplein / 1009 Brussels

LA Chambre BE: House of Representatives 1008 Brussels

DE Kamer Be: Chamber of Representatives 1008 Brussel

Parliament Hellas:

Republic of Slovenia, office of legislation: Mestni trg 4 SI-1000 Ljubljana

Hellenic Parliament: Parliament Mansion (Megaro Voulis) GR-10021 Athens

The Scottish Parliament: ~~Edinburgh EH99 1SP~~

Scottish Parliament Building: Edinburgh EH 99 1SP UK

Office of the Seimas of the Republic of Lithuania: Gedimino pr. 53
LT- 01109 Vilnius Lithuania

French Senate: Palais du Luxembourg 15 rue de Vaugirard
75291 Paris Cedex 06

Listed defendant(s) to order escue to hospital (once stenter transmits...) ...

Listed defendant to order ... persons (keepable to all hospitality ...) ...

Case 17-2919, Document 23, 01/29/2019, 2480099, Page58 of 145

Cas num

omel M. Witherspoon
(handwritten)

Ministry of Education and Science of Russia: official Principal Post-3 Tverskaya
St. 11 Russia 125993

Ontario Ministry Education: 14th Floor Mowat Block 900 Bay Street
Toronto ON M7A 1L2

Australian Government Department of Education and Training: GPO Box 9880
Canberra Act 2601

Ministry of Education China: No. J-1 Damucang Hutong Xidan Beijing PRC


Plaintiff as shareholder to listed defendant for a sum of $65,000/yr USD
Plaintiff as stockholder to listed defendant for a sum of $80,000/yr USD
Plaintiff as investor to listed defendant for a sum of $80,000/yr USD with 20 English translation documents, the prices /4
Month 10

listed defendant to sponsor plaintiff with 20 English translation with 20 English translation
defendant to sponsor plaintiff with Associates Degree in business
sponsor plaintiff with 50 stocks / 50 shares / 50

Plaintiff
Armand M. Witherspoon

—v/s—

Listed Hospital

Case number

Health Canada: 70 Colombine Dr. Lvy Ottawa ON K1A 0K9 Canada
Canada Health Dept.: Loc Brochet Nursing Stn, Thompson MB Canada
Canada Health: 25 St Clair Ave E Toronto ON M4T 1M2 Canada
Health Council of Canada: 90 Eglinton Ave E Toronto, ON M4P 1A6 Canada
Health Canada: 2301 Midland Ave Scarborough ON M1P 4R7 Canada
Public Health Department: 14 Court St Suite 100 Truro NS B2N 3H7 Canada
Department of Health: 520 King St Fredericton NB E3B 6G5 Canada
Health Canada: 100 Rue Lafontaine Chicoutimi QC G7H 6X2 Canada
Ontario Ministry of Health And Long Term Care: 5775 Yonge St 16th Fl
                                    Toronto ON M7A 2E5 Canada
Public Health Agency

Listed defendant(s) to sponsor plaintiff with cpr certification, phlebotomist certification
Listed defendant(s) + place of networked, handicap on death Row (health Injust
Listed defendant(s) + place all, hobos, harms, the deaf, homeless, transgender, the, thirty percent

Listed defendant(s) + provide name of employer past 60 yrs - present

case number:

Plantiff,
Lesmont M. Witherspoon

-vs-

Defendant(s)

China Banknote Printing / Minting Corp: Xizhimen Street, Xicheng District
Beijing a NS   Zip - 100044

Canadian Bank Note Company Limited: P.O. Box 821 Clayville TX 76014

Ministry of Finance: Leteński 15  115  10 Praha 1

Treasury Board of Canada: 140 O'Connor st  Ottawa  ON  N1B 0R5  Canada

Ministry of Finance (Form Brazil: Says Quadras 6 Block TN Central
Bahia Building  CEP: 70070-917 Brasilia DF

Ministry of Finance: Kingdom of Saudi Arabia Building  King Abdulaziz Rd
8th Warrant Area 6202  Saudi Arabia Riyadh 11177

Ministry of Economy / Finance: st. 92 Sangkat Wat Phnom, Khan Duon
Penh, Phnom Penh Cambodia,

Secretaria De Hacienda Y Credito Publico: National Palace ( Calle Correo
Mayor Corner with Soledad st. Downtown
Mexico City CP 06060

Listed defendant(s) to provide plantiff with all employer root (00 yrs-present (current)
Listed defendant(s) to provide plantiff $150,000,000 USD upon recient there charge.

ntiff,
nd M. Witherspoon
or
pendant(s)

Ministry of Finance Malaysia: No 5 Persiaran Perdana Precint 2 Federal
Government Administrative Centre 62592 WP Putrajaya

Federal Dept of Finance! Bundesgasse 3 3003 Bern, Switzerland

Federal Ministry of Finance! [redacted] Wilhelmstrasse 97 10117 Berlin, Germany

Ministry of Finance Japan: 3-1-1 Kasumigaseki Chiyoda-Ku Tokyo 100-8940
Japan

Ministry of Finance, Rama VI Rd Samsen Nai Phayathai Bangkok, Thail.

Ministry of Finance: Kaplan 1 Jerusalem 91030 Israel

Department of Finance: One Canberra Ave Forrest Act 2603 Aus.

Ministry of Finance of Mongolia: S Danzan st. Government II building D CO
Ulaanbaatar 15160 Mongolia

United defendant(s) to provide plaintiff with all employer past 100 yrs-present (o
... to provide plaintiff with $150,00,00 USD upon request the ...
... heads of the Government

Case number

Plaintiff,
Leonard M. Potkaya

~vs~
[redacted]

[redacted]

Dorogomilovsky District Court of Moscow : 76 Studencheskaya st Moscow RU65 Russia
Zamoskvoreczky District Court of Moscow : 1 Tatarskaya st Moscow 115184 Russia
The Presnensky District Court of Moscow : 20 Zoologicheskaya st Moscow 123242 Russia
Zelenogradsky District Court of Moscow : Building 2001 Zelenograd Moscow, 124765 Russia
Zyuzinsky District Court of Moscow : Ulita Arckstarovskaya 2130 Korp 4 Moskva Russia 117:
Izmailovsky District Court of Moscow : 82 Friedrich Engels st Moscow Russia
Koptevsky District Court of Moscow : 31 Zo: : Alexandra Rosmideaycinskikh st
                                         Building 2 Moscow, 125130
Luncrevsky

Lyublinsky District Court of Moscow : 29 Marginsky Park st Moscow, 109539 Russia
Meshensky District Court of Moscow : 43 Korlenchyovskaya st Moscow, 129040 Russia
Nagatinsky District Court of Moscow : 3 Kashirsky proezd st Moscow 115201 Russia
Nikulinsky District Court : Mishurinsky Prospekt 17 Kopnyc 1 Moskva Russia 1191
Ostankinsky District Court : 35 1st Ostankinskya st Moscow, 129515 R
Perovsky District Court of Moscow : Kuslovskaya Ulitsa 8 otp 1 Moskva, Russia
Preobrazhensky District Court : 2-Ya Pukhvosten Ulitsa, B774 Moskva Russia

Plaintiff allowed unlimited sueing amount in listed courtrooms
Listed defendant(s) to grant all verdicts in favor of plaintiff
Listed defendant(s) to sponsor plaintiff with all warrants, filing fees, appeals ect.!
. . . 11.1 16.1 to provide voters registration/plans to seek upon request

Plaintiff,
Leonid M. Anthropov

Defendant(s)

Case number

~~[scribbled out lines]~~

Dorogomilovsky District Court of Moscow: 16 Studencheskaya st Moscow RU 65 Russia
Zamoskvoreczhy District Court of Moscow: 1 Tatarskaya st Moscow 115184 Russia
Tho Presnensky District Court of Moscow
Zelenogradsky District Court of Moscow: 80 Zoologicheskaya st Mosc 123242 Russia
Zyuzinsky District Court of Moscow: (Building 2001 Zelenograd Moscow, 124865, Russia)
Izmailovsky District Court of Moscow: Ulitsa Arbrhitanovskogo 21/30 korp 4 Moskva Russia 117042
Koptevsky District Court of Moscow: 82 Friedrich Engels st Moscow Russia
Kunczevsky: 31 Zo: i Alexandra Kosmodemyanskikh st
Building 2 Moscow, 125130
Lyublinsky District Court of Moscow: 28 Maryinsky Park st Moscow, 109539 Russia
Meshansky District Court of Moscow: 43 Kalanchyovskaya st Moscow, 129090 Russia
Nagatinsky District Court of Moscow: 8 Kashirsky proezd st Moscow 115201 Russia
Nikulinsky District Court: Michurinsky Prospekt 17 korp4 c Moskva Russia 119192
Ostankinsky District Court
Perovsky District Court of Moscow: 35 1st Ostankovskaya st Moscow 129515 Russia
Preobrazhensky District Court: Kuslovskaya Ulitsa 8 otp 1 Moskva, Russia 111380
Court: 2-Ya Pukhovskaya Ulitsa, 3/74 Moskva Russia 107078

Plaintiff allowed unlimited suing amount or listed courtroom
listed defendant(s) to grant all verdicts in favor of plaintiff
listed defendant(s) to sponsor plaintiff with all warrants, filing fees, appeals ect. they chose
listed defendant(s) to provide voters registration/places to vote upon request of plaintiff
Terms and conditions as stated on JudgeLListe Grannexcuite

Plaintiff
Samuel M Whittingham

-vs-

Defendant(s)

Federal Court of Canada: St Johns, NL A1C 5J9 Canada

Supreme Court of Canada: 301 Wellington St, Ottawa ON K1A 0J1 Canada

Federal Court of Canada/Cour Federale du Canada:

Court of Queen's Bench of Alberta: 1A Sir Winston Churchill Square, Edmonton, AB T5J 0R2 Canada

Superior Court of Justice: 245 Windsor Ave Windsor, ON N9A 1J2 Canada

361 University Ave Courthouse Superior Court of Justice (criminal) 8361 University Ave Toronto, ON M5G 1T3 Canada

Ontario Superior Court of Justice: 50 Eagle St W Newmarket, ON L3Y 6B1 Canada

Federal Court of Canada: 2425 Victoria Ave Regina SK S4P 4W6 Canada

Ontario Superior Court of Justice: 74 Woolwich st Guelph ON N1H 3T9 Canada

Provincial Court of British Columbia: 10600 100 st Fort st John, BC V1J 4L6 Canada

Plaintiff entitled to sue for any amount requested (money)
Listed defendant(s) to sponsor plaintiff with all services/fees free of charge upon request
To provide names of all employees past 100yrs - present (board of executives/chairman, ceo, ect)

Terms and conditions are subject to change later on request

Case number

Plaintiff
Lionel M. Wheeler

Defendant

Senate of the Parliament of the Czech Republic: Valdstejnske namesti
17/4 Praha 1 118 01

Chambers of Deputies Parliament of the Czech Republic: 118 26 Praha 1 - Mala
Strana the Czech Republic

Parliament of India: 201 Parl. House Annexe New Delhi 11 0001
Ministry of Defence: Room No 231 south Block Ministry of Defence New Delhi
India

Theretiya Tumale Party: 11 Ashoka Rd New Delhi - 110001 India
Camel of Representatives In Iraq: The Green Zone Baghdad

Federal Palace of Switzerland: Bundeplaz 3 3005 Bern Switzerland
Senate of Spain: Calle Bailen 5 28071 (Madrid)

Senate of the Phillippines: Rm 521-A 5 /F GSIS Bldg Financial C
Diokno Blud Pasay City Phillipino

Locked detention held to order exile to _____ prison/ hospitals, lobois, shamelon, transcendabuffer
Locked detention held to order exile to _____ prison (therpath to all hermaffio Hasheir Aide Co
_____ detention held to order exile to all handicap retarded persons to available hospit

Plaintiff
Daniel M. Sutton

Defendant

cox modes'

Ashbridge by Interack Instant Plat' a Leslie st Toronto, ON M5M 3M9 Canada

Winnipeg Wpk (Wpk Dept' 51x Main st Winnipeg, MB R5B 1B'c Canada,

cited defendant(s) to provide services to plaintiff free of charge upon request
Terms and conditions are subject to change Lifetime Guarantee

Plaintiff.

David M. Whitaker

Defendant

CO2 number

Blood Tribe Police Service : P.O. Box 300 Stand Off Alberta Tel 1Y0 Canada

Calgary Police Service : 5111 47 St NE Calgary Alberta Canada T3J 9R2

Camrose Police Service : 6220 48 Ave Camrose, Alberta T4V 0K6

Edmonton Police Service 9620 - 163A Ave Edmonton, AB Canada T5H 0H7

Lacombe Police Service : 5301 45th Street Drive Lacombe, AB T4L 2H8

Lakeshore Regional Police Service : Box 291 Driftpile Alberta T0G 0V0

Lethbridge Police Service : 135 1 Ave South Lethbridge AB T1J 0A1

Medicine Hat Police Service : 884-2 Street SE. Medicine HAT AB T1A 8H2

Royal Canadian Mounted Police Service 73 Leikin Drive Ottawa ON K1A 0R2

Taber Police Service : 5700 50 Ave Taber, Alberta T1G 2H7

Tsuut'ina Nation Police Service : 9405 Chila Blvd Tsuu Tina, Alberta T2W 6H6

Alberta Sheriff Branch Head office : 1A Sr. Winston Churchill Square Edmonton AB T5J 0R2 Canada

Manitoba Sheriffs office : Main Fl. 408 York Ave Winnipeg MB R3C 0P9

Yukon Territory Sheriffs office : Andrew A. Philipsen Law Centre 2134 Second Ave (ground fl) Whitehorse

To provide names at all times placing warrant 3rd 30 yrs / made any arrests /police reps Listed defendant(s) + provide all companies associated at any other listed addresses Listed defendant(s) + provide list of all employees past 100 yrs - present Listed defendant(s) + sponsor plaintiff with all weapons license free of charges Terms and conditions are subject to change & debtors Garnered

Case numbers

Plaintiff
Daniel M. Sullivan

Defendant(s)

Les Galeries Chagnon: 1200 Blvd Alphonse- Desjardins, Levis QC G6V 6Y8
Canada

Fleur de Lys Centre Commercial: 552 Blvd Wilfrid-Hamel Ville de Quebec QC
C1M 3C5 Canada

Place de la Cote: 2600 Blvd Laurier Ville de Quebec QC G6V 4T3 Canada

Galeries de la Capitale: 5741 Blvd de Galeries Ville de Quebec QC G2K 1N4
Canada

~~Oakridge Centre:~~
~~Pacific Centre~~

International Village Mall: 88 W Pender St Vancouver BC V6B 6N8 Canada
Park Royal Shopping Cent: 2002 Royal S West Vancouver BC V7T 2L4 Canada
Metropolis at Metrotown: 4700 Kingsway #64 Burnaby BC V5H 4N2 Canada
Richmond Centre: 6551 No 3 Rd Richmond BC V6Y 2B6 Canada
Crystal Mall: 4500 Kingsway St Burnaby BC V5H 2B1 Canada
Marine Gateway: 447-487 SW Marine Dr Vancouver BC V5X Canada

List defendant(s) + provide names of all employees
Terms and conditions are subject to change Listing Guarantee

case number

) Plaintiff
Desmond M. Wotherspoon

) Defendant(s)

Law Society of Manitoba: Bldg 219 Agahut, Mai X6A 0B6 Canada

Thompson Dorfman Sweatman llp: 201 Portage Ave Winnipeg MB R3B 3L5 Canada

Pitblado Law: 2500 4H6 360 Main st Winnipeg MB R3C 4T3 Canada

Fillmore Riley llp: 360 Main st Winnipeg, MB R3C 3Z3 Canada

Taylor McCaffrey llp: 9th Fl. 400 st Mary Ave Winnipeg, MB R3C 4K5 Canada

Dubtt Edwards Haight Schachter: 155 Carlton st Winnipeg MB R3C 3H7 Canada

Myers Weinberg: 240 Graham Ave Suite 724 Winnipeg MB R3C 0J7 Canada

Pollock & Company Lawyers: 863 Broadway #116 Winnipeg, MB R3C 3N9, Canada

Shaikh Law Corp: 201 Portage Ave Winnipeg, MB R3B 5K6 Canada

Loly Fabbri Dillen Law Corp: 903-386 Broadway Winnipeg MB R3C 5R6 Canada

Pullan Kammerloch Froehlinger: 240 Kennedy st #300 Winnipeg, MB R3C 1T1 Canada

Bickett Law Office: 4V Main st Flin Flon, MB R7A 1T6 Canada

Manitoba Law Reform Commission: 405 Broadway, Winnipeg MB R3C 3L6 Canada

- provide law codes for conspiracy, conspiracy, criminal intent, ~~desertion~~ inhumane (include federal
- provide law codes for Disregard for laws, obstruction of Justice, Disturbing the Peace
- provide laws for being gay thats illegal include terrorists/federal (country of canada
- +(all defendant(s)) + provide names of all employees (board of executives, chairman ect.)
- +(all defendant(s)) + provide law illegal to support poor people from jobs / being broke

Plaintiff,
Lumont M. Wittanger

Defendant(s)

University of Alberta Hospital: 8440 112 st NW Edmonton AB T6G 2B7 Canada
Chinook Regional Hospital: 960 19 st S Lethbridge AB T1J 1W5 Canada
Misericordia Community Hospital: 16940 87 Ave NW Edmonton AB T5R 4H5 Canada
Royal Alexandra Hospital Edmonton: 10240 Kingsway NW Edmonton AB T1H 86P Canada
Queen Elizabeth II Hospital: 10409 98 st Grande Prairie AB T8V 2E8 Canada
Medicine Hat Regional Hospital: 666 5 st SW Medicine Hat AB T1A 4H6 Canada
Red Deer Regional Hospital: 3942 50a Ave Red Deer AB T4N 4E7 Canada
Kingston General Hospital 76 Stuart st Kingston ON K7L 2V7 Canada
North York General Hospital: 4001 Leslie st North York ON M2K 1E1 Canada
Hamilton General Hospital 237 Barton st E Hamilton ON L8L 2X2 Canada
St. Peter Hospital: 88 Maplewood Ave Hamilton ON L8M 1W9 Canada
St Mary's Memorial: 267 Queen st W st Mary's ON N4X 1C4 Canada
Hospital du Sacre-Coeur de Montreal: 5400 Boul Gouin O Montreal QC H4J 1C5 Canada

Listed defendant with(s) to provide all services to plaintiff free of charge upon request
Listed defendant(s) to provide lethal Injection to all hermathrodites, transvoodites, transgenders
Listed defendant(s) to provide lethal Injection to all retarded, handicap, disables, human
Terms and conditions

Plaintiff,

Desmond M. Witherspoon

Defendant(s)

case number

Canada Place Dental & Wellness: 999 Canada Pl Suite 577 Vancouver BC V6C 3E1
Canada

ID Dental: #245 Gulf Canada Square 401 9 Ave Southwest Calgary AB
T2P 3C4

Anchor Dental: 1454 Lower Sherbourne St #805 Toronto ON M4X Canada

Canada Building Dental Group: 808 - 105 21st St E Saskatoon, SK 57K 0B3
Canada

Listed defendant(s) to sponsor plaintiff with all requested services free of charge
Terms and conditions are stated in drug collector Gerard

Plaintiff,

Edmund M. Witherspoon

Defendant(s)

Case number

Saskatchewan Hospital (Ferry's North Battleford sk S9A 2X8 Canada
Royal University Hosp.tl: 103 Hospital Dr. Saskatoon, Sk S7N0W8 Canada
St. Paul Hospital 1702 2 st W Saskatoon, SK S7M 0Z9, Canada
Saskatoon City Hospital: 701 Queen st Saskatoon, SK S7K 0M7 Canada
Regina General Hosptl 1440 14 Ave Regina, SK S4P 0W5 Canada
Victoria Hospital: 1200 24 St W Prince Albert, SK S6V 4B2 Canada
Weyburn General Hospital: 201 Ave NE Weyburn, Sk S4H 0X1 Canada
Wascana Rehabilitation Centre: 2180 23 Ave Regina, SK S4S 0A5 Centre
Battleford Union Hosptl: 10 42 107 st North Battleford, sk S9A 1Z1 Canada
St. Joseph's Hosptl: 216 Reittes st Gravelburg sk S0H 1X0 Canada
Sunrise Health Region Yorkton Regional Health Centre: 270 Bradbrooke Dr. Yorktown
Rosque Hosptl: 414 Dewdney Ave Regina, SK S4N 2K6 Canada
SK S4T 1A5 Canada

...sted defendant(s) to provide lethal injection to all retarded patients, transgender
...sked defendant(s) to provide lethal injection to all psychotic/bitches, shemales, handicapped/least
...ask defendant(s) to provide list of all patients with unpaid doctor bills
...ited defendant(s) to provide service to plaintiff upon request fine it chooses

Terms and conditions are subject to change

case number

Plaintiff.
terminal M. Wettergren

-or-

Head office)
, Canada

Canada Post: 70 Rue Carouchael, Beauport QC G1E 5A0 Canada
Canada Post: 76 Front st Trenton ON K8V 4N6 Canada
Canada Post: 4716 50th st Beth Valleyview AB T0H3N0

Costco Wholesale: 55 New Huntington Rd Vaughan ON L4H 0S8 Canada
Costco Wholesale: 1015 Rue du Marché Central Montreal QC H4N 1J4
                                                          Canada
Costco Wholesale: 7423 King George Blvd Surrey B.C. V3W 5A8 Canada
Costco Wholesale: 225 Market Drive Saskatoon SK S7V 0L2 Canada
Costco Wholesale: 2365 McGillivray Blvd Winnipeg MB R3Y 0A1 Canada

Listed defendant(s) + spouse provided with all requested services free of charge

Plaintiff

Assumed me Lufthansa

Defendant(s)

Case number

Canadian Association of Crown Counsel, 1825-1505 Rue Barrington st
Halifax Nova Scotia B3J 3K5 Canada

ask defendant(s) to provide names of all members of Association 100 yrs present
ask defendant(s) to provide names of all employees past 100 yrs present (owner founder ea)
terms and conditions are subject of change Lufthansa Group

case number

Plaintiff
Leonard M. Wilopes
vs
Defendant

Hotel-Dieu de Québec 11 Cote du Palais Ville de Québec QC C1R 2J6 Canada

Institut Universitaire de Cardiologie et de Pneumologie de Québec,
2725 che ste-Foy Ville de Québec QC G1U 4G5 Canada

case number

Plaintiff
Daniel M. Lottgen

Defendant(s)

Court of Queen's Bench
Provincial Court

Court of Appeal

Nunavut Court of Justice: 510 Kenojuajuaq, Iqaluit, Nu X0A Canada

Yukon Courts: 2134 Second Ave Whitehorse YT Y1A 5H6 Canada

Listed defendant(s) to provide plaintiff with all employment 100 yrs present/new
Listed defendant(s) to sponsor plaintiff with all service/fees free of charge

Case number

Plaintiff:
Samuel M. Whittingham

Defendant:

Government of Alberta Ministry of Transportation: 1st Fl 803 Murray Rd
Rd NE Calgary, AB T2E 7M5

Transportation and Works: P.o Box 8700 Prince Philip D. Confederation
Building St. Johns NL A1B 4J6

Ministry of Transportation Quebec: 500 boul Rene Levesque Ouest bureau 4.010
Montreal (quebec) H2Z 1W7

Manitoba Infrastructure/Transportation: NE 4-25-9E Morristown, AB R0E 1E0 Canada



Ministry of Transportation: 77 Wellesley st West Ferguson Blcd, 3rd Fl Toronto, ON
M7A 1Z8

Ministry of Transportation (Infrastructure 215 -1011 4th Av Prince George BC
V2L 3H4

Highway / Public Works: Box 219 Dawson City, YT Y1B 1G0

Ministry of Highways (Infrastructure: 1200 -1855 Victoria Av Regina SK, Canada
S4P 3T2
Northwest Territories Dept of Transportation: 148 Mackenzie Rd Inuvik
NT X0E 0T0, Canada

Transport Canada: 330 Sparks street ottawa, ON A1A 0N5

United defendant(s) to provide all requested licenses to plaintiff free of charge

Plaintiff,

Lawrence M. Jatharpe

-v-

Defendant(s)

Norton Rose Fulbright: 2828 Blvd Laurier Ville de Quebec, QC G1V 0B9 Canada

Lavery Avocats: 925 Grande Allee o Ville de Quebec, QC G1S 1C1 Canada

Fasken Martineau: 140 Grande Allee Est Bureau 800 Ville de Quebec QC G1R 5M8 Canada

D> Avocats Canada: 801 Blvd Chanest o Ville de Quebec, QC G1N 2C9 Canada

Sarailis Avocat Inc: 606 Grande Allee E Ville de Quebec, QC G1R 2K5 Canada

Langlois Avocats: 2820 Blvd Laurier Quebec City QC G1V 0C1 Canada

DCF: 2828 Blvd Laurier Suite 1200 Quebec City QC G1V 0B9 Canada

Case note

Plantiff,

Lomoual M. Withgon

vvs

Defendant(s)

~~[crossed out]~~ non established;

Remington Mn + Skel: 978 Yonge St Tonto ON M5B 1S) Cank

Foxxes Den Mele Revue: 1215 Dten + Ln Tonoto, ON M6H 1A4 Canak

Mleb Kane: 2847 Lake shore Dlvd Ln Etobicok, ON M8V 1H8 Canor

Stock Bar: 1171 St Cathern + E Montrel QC H2L 2G8 Canly

11 11 11 1) + provide name + all enploges (owner, founder, attendant, chairman ect.)

case number

Centre Hospitalier Universitaire Hautepierre 1 Ave Moliere 67200 Strasbourg France

Neyrontologiya: Ulitsa Sibireva 29 Yekaterinburg Sverdlovskaya oblast Russia 62006

Korpus Tass: Ulitsa Kuzina Minina 6 Novosibirsk, Novosibirskaya oblast, Russia
1650075

Medical Center "Healthy Family": Prospekt Oktyabrya, 29 Minus, Chelyabinskaya oblast Russia
456718

Tsentr Zdorovya Ilya Detey Abakansky Mechnyanny District Bolnitsy Mechnyanny Bolnitsy
Bolnitsy: Ulitsa Chertygashev 40 Abakan Khakasiya Republik Russia 655000

City hospital №3: Ulitsa Nakhimova, 19 Minus Chelyabinsky oblast, Russia 456313

American Medical Clinic: Embankment river Moyka 78 Sankt-Peterburg, Russia 11400

Medem: Ulitsa Maneth 6 Sankt-Peterburg, Russia 191025

Central Medical Unit number 58 FMBA Russia Ulitsa Kirillov 4 Severinsk, Arkhangelskaya oblast Russia 164500

City hospital №40: Ulitsa Borisov, 9A Sestroretsk, Sankt-Peterburg Russia 177706

Neuromed: Prospekt Marshala Zhukova 30A1 Moskva Russia 121471

Botkin Hospital: 2-Y Botkinsky Proyezd 5 Moskva Russia 125204

Multidisciplinary Medical Center of the Bank of Russia Sevastopol Ave 66 Moskva Russia 117811

Medical Center Atlas: Kutuzovsky Ave 34/14 Moskva Russia 121170

Rodki B: Leninsky Ave 117 Moskva Russia 115571

listed defendant(s) provide patients with unpaid bills past 10 yrs - present
all defendant(s) provide names of all employee past 10 yrs - present (bond execution etc)

Plaintiffs
Leonard M. Wallhorpe

Defendant(s)

case number

Nature of Transport: 100992 Moscow Rochdortownhe of 1 building 1

1st defendant(s) to sponsor plaintiff with all services / fees free of charge.
Terms and conditions are subject to change Later Government

core needs

Plaintiff:
Leonard M. butterryen

Defendant(s)

Crew Studios: 186 1st Ave E North Vancouver BC V7L 1B2 Canada

Iguana Studio : 4041 Chesswood Dr North York ON M3J 2R8 Canada

Revolution Recording: 36 Lower Jarvis st Toronto, ON M5E 2H2 Canada

Noble street Studios: 12 Noble st Toronto, ON M6K 2C7 Canada

On Air Radio Studio Inc: 909 16 Ave SW Calgary AB T2R0S9 Canada

Power Station

services
...idebuttly & sponsor plaintiff with all ~~items~~ free of charge (without any employee
upon request

Case number

Plaintiff,
Leonard M. Latthagen
~or~
Defendant(s)

Consulate General of Brazil: 225 E 41st st New York, NY 10017

Consulate General of Israel: 3514 International Dr NW Washington, DC 20008

~~[struck]~~ Consulate General of Italy: 690 Park Ave New York, NY 10065

Consulate General of France: 934 5th Ave New York, NY 10021

Consulate General of Bulgaria: 121 E 62nd st New York, NY 10065

Consulate General of Czech Republic: 321 E 73rd st New York, NY 10021

Consulate General of Germany: 871 United Nations Plaza, New York, NY 10017

Consulate General of Columbia: 280 Aragon Ave Coral Gable, Fl 33134

Consulate General of Poland: 1250 NW 87th Ave Suite 240 Doral Fl 33172

General Consulate of Ecuador: 1177 NW 42nd Ave Miami, Fl 33126

Consulate General of Peru: 444 Ponce De Leon Blvd, Coral Gables, Fl

Consulate General of Costa Rica: 2730 SW 3rd Ave #401 Miami, Fl

Consulate General of Mexico: 1399 SW 1st Ave Miami Fl 33130

Consulate of Belize: 1600 Ponce De Leon Blvd Coral Gables, Fl 33134

Consulate General of Barbados: 2121 Ponce De Leon Blvd #300 Coral Gables, Fl

Consulate General of Argentina: ~~[struck out]~~
1700 California St #420, San Francisco, CA 94108

Listed defendant(s) to arrest specified person of any federal prison & place on deathrow
Listed defendant(s) to provide name of all employees past (co) yrs present/owner(s)

Term

case number

Plaintiff,
Daniel M. Washington

Defendant(s)          ~~Phone~~ Foreign Affairs

Ministry of Foreign Affairs of Czech Republic Loretánské náměstí 5 118 00
Praha 1 Czech Republic

Ministry of Foreign Affairs: 01018 Kyiv Mykhailivsk, sqr. 1

Federal office for Migration / Refugees: Frankenstraße 210 90461 Nürnberg
                    Germany

Federal Foreign office Werderscher Markt 1 10117 Berlin, Germany

Listed defendant(s) to provide name of all employees past 100 yrs-present (owners)
Listed defendant(s) to provide name of all immigrants past 100 yrs-present

Plaintiff,
Leonard M Wilkinson

vs

Defendant(s)

Case number

Russian Standard : World Trade Center office 1503, Krasnopresnskaya
Emb., 12 Moscow 123610 Russia

United Credit Bureau : 9 Dolshaya, Tatarskaya Str, Moscow 115184

Moscow Exchange : 1 King Street London EC2V 8AU

Plaintiff as creator of World defendant(s) for a sum of $80,000/yr USD
asked defendant(s) to sponsor plaintiff with 50 stocks (50 shares / 50 bonds

case no/box

Plaintiff
Jermiual M. Witherspa
Robin Janklil

Police Station Ljubljana Moste: Tovarniska ulica 50 1000 Ljubljana, Slovenia
Policijska Polke: Trdinova ulica 10, 1000 Ljubljana, Slovenia
Police Station Ljubljana Vic: Tbiliyska ulica 65 1000 Ljubljana, Slovenia
Policijska pásarna Cerklje: Ulica Iyrace Perstnika 2 4207 Cerklje na Gorenjskem, Slovenia
Amsterdam Police Dept: 1 Greg Park Est, Amster

Tallinn East Police Station: P. Pinna 4 13615 Tallinn Estonia
Tallinn South Police Station: Rahumae tee 6 Rahumae tee 6 11816 Tallinn, Estonia
Police (Border Guard Board): Parnu Maante 139a 15060 Tallinn Estonia

Riga Latvia Police: Aluses iela 3A Zemgales priekspilseta Riga LV-1046 Latvia
Riga Latvia Police: Spilves iela 25A Kurzemes rajons Riga LV-1055 Latvia
Riga Latvia Police: Deztlova prinst Idne iela 21 Vidzemes priekspilseta Riga LV-1082 Latvia
Militare Policije: E zermelu iela 8 Vidzemes priekspilseta Riga LV-1014 Latvia

Listed defendants list of make spected arrest, place personel on death row

Case number

Plaintiff:
Samuel M. Witherspoon

Defendant: Hill

Police Department: Calle Albox 8 22025 Madrid Spain
Police Department: 28008 Calle Rey Francisco 21 28003 Madrid, Spain
Police Department: Aeropuerto Adolfo Suarez Av. de la Hispanidad, s/n 28042 Madrid, Spain
Police Department: Calle de Fomento, 24 28013 Madrid, Spain
Police Department: Calle del Plomo 14 27045 Madrid Spain

asked defendant to provide names of all employers past 100 yrs present (owner, partners

Case number

Plaintiffs,
Leonard M. Methangae

defendant(s)

Embassy of France: 4101 Reservoir Rd Nw Washington DC 2007

Embassy of Spain, Washington DC : 2375 Pennsylvania Ave NW Washington DC

Embassy of Belgium Washington D.C : 3336 Garfield st Nw Washington DC 2008

Embassy of Alesia : 3524 International st NW Washington DC 2008

Embassy of Slovakia: 3523 International st NW Washington DC 2008

Embassy of Greece: 2217 Massachusetts Ave Nw Washington DC 2008

Embassy of Italy: 3000 Whitehaven st NW Washington DC

Embassy of Croatia: 2343 Massachusetts Ave NW Washington DC 2008

Embassy of Latvia: 2306 Massachusetts Ave NW Washington DC 2008

Embassy of Turkey: 2525 Massachusetts Ave NW Washington DC 2008

Embassy of Mongolia: 2833 M St NW Washington DC 2007

Embassy of Egypt: 3521 International st NW Washington DC 2008

Embassy of South Africa: 3051 Massachusetts Ave NW Washington DC 2008

Embassy of India: 2536 Massachusetts Ave NW Washington DC 2008

Embassy of Japan: 2520 Massachusetts Ave NW Washington DC 2008

Embassy of Morocco: 1601 21st NW Washington DC 2007

Embassy of Nepal: 2131 Leroy Pl NW Washington DC 2008

Embassy of South Korea: 2450 Massachusetts Ave NW Washington D.C. 2008

Embassy of Myanmar: 2300 S St NW Washington DC 2008

Embassy of Russia: 2650 Wisconsin Ave NW Washington DC 2007

Embassy of Indonesia: 2020 Massachusetts Ave NW Washington DC 2007

Embassy of Israel: 3514 International Dr NW Washington DC 2008

place an death row
asked defendant(s) to note extent on all specified persons upon request to any federal prison

asked defendant(s) to provide names of all employees past 100 yrs present (owner/landlord)

Case number

Plaintiff),
Desmond M. Whittingham

Defendant(s)

Vilnius County Police Headquarters 16 Birzeta 23-iosios, g Vilnius 03205 Lithuania

Vilnius Police Dept: Merulo g 11 Vilnius 04326 Lithuania

Vilnius Police Dept: Laisves pr 80 Vilnius 06125 Lithuania

Police Centrale: Nomyschito g 100 Vilnius 03202 Lithuania

Police Department: Remiordvaris pl 127 Kauno 47187 Lithuania

Police Department: Veteran g 13 Visagino 31114 Lithuania

Police Department: Klaipedos g 4 Tonua 55171 Lithuania

Vilnius 1st Police Station: Zirmuny g 139A Vilnius 09120 Lithuania

Criminal Investigations of Police Dept: Liepyno g 11A Vilnius 08208 Lithuania

Policijos Departamentas: Seltunskiy g 12 Vilnius 08105 Lithuania


asked defendant(s) to make spurious arrests placed on death row
add defendant(s) to provide names of all employees from past 100 yrs 1990

case number

Plaintiff,

Desmond M. Witherspoon
)
) —v—
)
Defendant(s)

Brussels Police Station: Rue du Marché au Charbon 30, 1000 Bruxelles Belgium
Police Dept: Blvd Clovis 10 1000 Bruxelles Belgium
Police Dept: Square Servaes Hoedemaekers 9 1140 Bruxelles Belgium
Police Dept: Rue Royale 202a 1000 Bruxelles Belgium
Police Dept: Ave Houb. de Stroope 141 1020 Bruxelles, Belgium
Police Dept: Blvd Emile Bockstael 246, 1020 Bruxelles, Belgium
Police Dept: Ave du Fusain 67 1020 Bruxelles, Belgium
Police Dept: Rue Démosthène 34 1070 Bruxelles, Belgium
Police Dept: Ave du Pont 108, 1000 Bruxelles, Belgium
Police Dept: Ave Impératrice Charlotte 6 1020 Bruxelles, Belgium
Police Dept: Rue de Pailli 19 1050 Bruxelles, Belgium
Police Dept: Chaussée de Boondael 480 1050 Bruxels, Belgium
Police Dept: Chaussée Saint Pierre 122 1040 Etterbeek Belgium
Police Dept: Rue Montagne de l'Oratoire 1 1000 Bruxells, Belgium —
Police Dept: Avenue de Roodebeek 1160 1030 Schaerbeek Belgium
Police Dept: Rue du Curé 50 1196 Forêt Belgium
Police Dept: Square Georges Morlan 3 1180 Uccle Belgium
Police Dept: Rue Victor Rauter 259 1070 Anderlecht Belgium
Police Dept: Rue du Facteur 2 1080 Molenbeek-Saint-Jean Belgium
Police Dept: Rue des Palais 321 1000 Bruxelles Belgium
Police Dept: Chaussée Saint Pierre 122 1040 Etterbeek Belgium
Police Dept: Avenue de la Couronne 145A 1050 Ixelles, Belgium
Police Dept: Parklststraat 115, 1800 Vilvorde Belgium

Listed defendant(s) to make specified arrest place request on death row
Listed defendant(s) + Provide names of all employees from and 10-03-1990

Case number

Plaintiff,
Desmond M. Wothoropoo
(John Doe(s))

Politie Amsterdam-Amstelland: LTunnel 2, 1011 TA Amsterdam, Netherlands

Politie Amsterdam-Amstelland: Ferdinand Bolstraat 190, 1072 LW Amsterdam, Netherlands

Politiebureau Oost Wateryraafsmeer: Linnaeusstraat 111, 1093 En Amsterdam, Netherlands

Politie Amsterdam-Amstelland: Van Leijenberghlaan 15 1082 GC Amsterdam Netherland

Vreemdelingenpolitie Amsterdam: 1066 AW Amsterdam, Netherland

Politiebureau Amsterdam-Burgwallen: Nieuwezijds Voorburgwal 35, 1012 RD Amsterdam, Netherlands

Politiebureau Centrum-Jordaan: 220 Lijnbaansgracht 219, 1017 PH Amsterdam, Netherlands

Politie Amsterdam-Amstelland: Gerard Doulon 2, 1181 WS Amsterdam Netherlands

Politie Oost Zeeburg: Balistraat 104 1094 JT Amsterdam, Netherland

Politie Amsterdam-Amstelland: DD. den Haertylaan 5 KII RC Diemen Netherlands

Politie Amsterdam-Amstelland: Houtmankade 2de, 1013 MK Amsterdam Netherlands

Politie: Flierboschdreef 15, 1102 Br Amsterdam-Zuidoost, Netherlands

Politie Amsterdam-Amstelland: Hoofdweg 785, 1055 SC Amsterdam, Netherlands

Politie Amsterdam-Amstelland: Dreef 2 1431 WD Aalsmeer Netherlands

Flora Police: Verlekpanje 127-135 1118 Ar Schiphol Netherlands

~~strikethrough text~~

Police Inspectoral Wienn Laurenzerburg: Laurenzerburg 2 1010 Wien Austria

Landespolizeidirektion Wien: Schottenring 7-9 1010 Wien Austria

Vienne, Austria Police Dept: Taubstummengasse 11, 1040 Wien Austria

Police Station Vienna, Austria: Am Hauptbahnhof 2 1100 Wien, Austria

Sheriffs dept. Vienna Austria: Walchegasse 2 1020 Wien, Austria

extol defendant(s) make arrest upon request place on death row
Listed defendant(s) + previous ...

case number

Plaintiff:
Desmond M. Witherspoon

Defendant(s):

National Police Station Latina: Ac de los Poblados 51 28047 Madrid, Spain

Police Department: Carr M-111 28860 Paracuellos de Jarama, Madrid

Police Department: Calle Sierra Carbonera 37 28053 Madrid, Spain

Chamartin Police Station: Estacion de Chamartin, Calle de Agustin de
Foxa s/n Anden 1, 28001 Madrid Spain

Police Department: Corr. de Carabanchel a Villaude, 105 28021 Madrid, Spain

Police Department: C/Erica 28047 Madrid Spain

Police Department: Calle de An Tolosa Latour, 7, 28041 Madrid, Spain

Police Department: Calle de Estocolmo 91 28022 Madrid, Spain

Police Department: Calle de Jose Arcones Gil 17 28017 Madrid, Spain

Police Department: Calle Cerro de Lima 35 28029 Madrid, Spain

Police Department: Calle Trespaderne 16 28042 Madrid, Spain

Police Department: Calle Real de Arganda 64 28031, Madrid Spain

Police Department: Paseo de la Chopera, 2 28045 Madrid Spain

Police Department: Lugar Mirador de la Reina 4 28085 Madrid Spain

Police Department: Travesia Virgen de la Roca, 25 28027 Madrid Spain

Police Department: Calle de Fomento 24 28013 Madrid Spain

Police Department: Calle Rafael Calvo 33 28010 Madrid Spain

Listed defendant(s) + make arrest upon request place on death row
[illegible] United provide list of all employees past 100 yrs-present
[illegible]

Plaintiff,
Desmond M. Witherspoon
Defendant(s)

case number

Republican Vilnius Psychiatric Hospital: Parko g 21 Vilnius Vilnius 11205 Lithuania

Vilnius University Hospital Santaros Klinikos: 08406 Santariskiu g 2 Vilnius Lithuania

Kardiolote: Laisves pr 64A Vilnius 05263 Lithuania

Republican Vilnius University Hospital: Siltnamiu g 27 Vilnius 04130 Lithuania

Vilnius City Clinic Hospital: Antakalnio g 57 Vilnius 10207 Lithuania

Vilnius University Children Hospital: Santariskiu g. 7 Vilnius 08406 Lithuania

Medical Center of Lithuania Ministry of Internal Affairs: Zygimantu g 8 Vilnius 01102 Lithuania

M. Marcinkeviciaus lijonine: Kauno g 7 Vilnius 07215 Lithuania

Vilnious Universiteta Antakalnio g. 124 Vilnius 10200 Lithuania

Vilniaus greitosios Pagalbos universiteta lijonine - Siltnamiu g 28 A Vilnius 04138 Lithuania

1. I I would like to provide list of patients with unpaid bills from past 10 yrs-present

Plaintiff
Desmond M. Witherspoon
—vs—
defendant(s)

Case number

Health Ministry: Aristidelaou 17 Athina 104 39 Greece

Ministry of Health Welfare/Sport: Parnassusplan 5 2511 VK Den Haag, Netherlands

Belgium Ministry of Health: SPF Sante Publique, Securite de la Chaine Alimentaire et Environment Eurostation, bloc 2 Place Victor Horta 40 boite 10    1060 Bruxelles Belgium

Ministry of Health of the Republic of Latvia: Brivibas iela 72 Central District Riga. LV-1010 Latvia

Ministry of Health: Stefanova 5   si-1000 Ljubljana slovenia

Ministry of Health: 28014 Paseo del Prado, 18  28014 Madrid, Spain

Ministry of Health: Ul. Miodowa 15  80-952 Warsaw

Department of Health/Social Care: 39 Victoria Street London SW1H 0EU

Ministry of Health Administration: 1 Prodromou /Chilonos street 17 1448 Nicosia, Cyprus

Ministry of Health: Government Building 8 Olympic Street 2 Sukhbaatar District UB  Ulaanbaatar 17200 Mongolia

...ed defendant(s) to place all aids, cancer, hobo's, flu patients on lethal injection
...ed defendant(s) to instruct all hospitals to place all transvestites on lethal injection
...ed defendant(s) to instruct all hospitals to place all steroids, retards, hodeep on lethal injection
...t defendant(s) to instruct all hospitals to place all hermatholists on lethal injection

Case number:

Plaintiff,

Leonard M. Witherspoon

Defendant(s)

Federal Institute for Drugs (Medical Devices) Kurt-Georg-Kiesinger-Allee
3 53175 Bonn

State Institute for Drug Control: Srobarova 48 100 41 Praha 10

listed defendant(s) to provide plaintiff with all employees paid (20 yrs. - present

Case number

Plaintiff,

Samuel M. Witherspoon

-vs-

Defendant(s)

General Secretariat of Penitentiary Institutions Organization;
c/ Alcala. 38-40 28014 Madrid

Israel Prison Service; P.o. Box 81 Ramle. 72100, Histadrut st J.
Jerusalem, Israel

France Inmate. P.

General Directorate of Prisons (Detention Houses; Emniyet Mahallesi Mevlana
Bulvari No: 96 HSK Sinan; Yenimahalle / Ankara

Ministry of Community Safety / Correctional Service; 18th Fl 25
Grosvenor st Toronto ON M7A 1Y6

Department of Correction; trunk Hohlstr. 552 P.o. Box 8090 Zurich

Scottish Prison Service Headquarter; Communication Branch Room G20
Calton House 5 Redheughs Rigg Edinburgh EH12 9HW

The Ministry of National Security Jamaica 2 Oxford Rd Kingston 5 jamaica

Listed defendant(s) to provide name of all employees past 100 yrs present (current standards)
i.e. all defendant(s) to provide names of all prisoners past 100 yrs present

Case number

Plaintiff
esmund M. Witherspon
-vs-
defendant(s)

Kaunas Prison: A Mickevicious 9 ″ Lt -44507 Kaunas
Lukiskes Prison: Lukiskiu Sq. 6 Lt-6118 Vilnius
Gevangenis Van Antwerpen: Begijnenstraat 42, 2000 Antwerpen Belgium
Penitentiary Complex Brugge: Legeweg 200 8200 Brugge Belgium
Prison Hasselt: Zwart-Brugstraat 4 3500 Hasselt Belgium
Prison Ghent: Nieuwewandelig 89 9000 Ghent Belgium
Central Prison Leuven: Geldenaaksevest 64 3000 Leuven, Belgium
Gevangenis Leuven Hulp: Maria Theresiastraat 74 3000 Leuven Belgium
Gevangenis Dendermonde: St. Jacobstraat 26 9200 Dendermonde Belgium
Gevangenis Mechelen: Liersesteenweg 2 2800 Mechelen Belgium
Gevangenis Hoogstraten: Gelmelstraat 131 2320 Hoogstraten Belgium
Gevangenis Wortel: Kolonie 17 2320 Wortel Belgium
Gevangenis Merksplas: Steenweg 2 2330 Merksplas, Belgium
Gevangenis Turnhout: Wezenstraat 1 2300 Turnhout Belgium
Gevangenis Oudenaarde: Bourgondiestraat 6 9700 Oudenaarde Belgium
Gevangenis Ieper: Elverdingsestraat 72 8900 Ieper Belgium
Gevangenis Ruiselede: Brugsesteenweg 128 8755 Ruiselede Belgium
Gevangenis Beveren: 9120 Beveren Belgium

Vorst/Forest Prison: Ave de la Jonction 52 1190 Forest, Belgium
Forest Prison: Avenue de la Jonction 52 1190 Forest, Belgium
Lantin Prison: Rue des Aubepines 4450 Lantin
Paive Prison:
Andenne Prison: Rue du Geron 2 5300 Andenne Belgium
Namur Prison: Place Abbe Joseph Andre 7 5000 Namur Belgium
Saint Gilles Prison: Avenue Ducpetiaux 106 1060 Saint-Gilles Belgium
Prison d'Ittre - Rue de Clabecq 100 1460 Ittre Belgium

inmates from past 100 yrs ~ present

co 2 norikos

Plaintiff
Daniel M Dillogen

Defendant

(~~~~~~)

The Republic of Adygea : ul Zhukovsky 22 Maikop Republic of Adygea Russia. 3852

The Republic of Crimea : 295000 Russian Federation Republic of Crimea Simferopol, ul h
Mira 18

The Republic of Sakha : 677022 Republic of Sakha (Yakutia), Yakutsk ul Yaroslavsky
24/1

The Republic of Tatarstan . Kazan Svoboda Square, 1 420000

The Republic of Tuva : 667000 Republic of Tyva, Kyzyl ul Lenina 32

The Republic of Udmurtia : 71. 1m. 50 -letiya oktyabraya 15 Izhevsk Udmurt
Republic
426074

The Republic of ~~~~~~~~~~~ i Bash Kortostan : 450000
Ufa ul Zaki Validi 46

To sponsor plaintiff with 50 stock / 50 shares / 50 bonds
all ____ of all employees past 100 yrs-present (board of executive presidentes

case number

Plaintiff,
Desmond M. Witherspoon

Defendant(s)

Police Dept: Ave Van Overbeke 163 10083 Ganshoren Belgium
Police Dept: Brusselsesteenweg 551 (173) Asse Belgium
Police Dept: Zennelaan 76 1800 Vilvoorde Belgium
Police Dept: Dries 70, 1780 Wemmel Belgium
Police Dept: Brouwerstraat 1, 1620 Drogenbos Belgium
Police Dept: Stationlaan 189 (A 1800 Vilvoorde Belgium
Police Dept: Rue des Parades 29 1070 Anderlecht Belgium
Police Dept: Rue des Alcyons 15 1082 Berchem-Sainte Agathe Belgium
Police Dept: Parkstraat 28 (B2 1800 Vilvoorde Belgium
Police Dept: Vuurkruisenstraat 83/A 1800 Vilvoorde Belgium
Police Dept: Avenue du Fort-Jaco 22 1180 Uccle Belgium
Police Dept: Gemeenteplein 1 1560 Hoeilaart Belgium
Police Dept: Rue du College 1, 1050 Brussel Belgium
Police Dept: Rue Antoine Breart 104 104, 1060 Saint-Gilles Belgium
Police Dept: Parklaan AF, 1800 Vilvoorde Belgium
Police Dept: Avenue de la Carriere 1045 Etterbeek Belgium
Palais de Justice: Place Poelaert 1, 1000 Bruxelles, Belgium
Brussels Police Station: Rue du Marché au

Plaintiff(s)
Jumaane M. Witherspoon
v.
Defendant(s)

case number

Air Compressors

Linde Canada Limited: 10077 21 st Langley BC V1M 8Y5 Canada
Praxair Canada: 1470 Derwent Way Delta BC V3M 6H7 Canada
Medigas: 2-8695 Escarpment Way Milton ON L9T 0T5 Canada

Listed defendant(s) to provide names of all employees from shift[illegible]
Listed defendant(s) to pump requested gas [illegible] air into requested facility

Plaintiff
Leonard M. Hollinger

Defendant(s)

c-co number

Copenhagen Police Headquarters: Niels Brocks Gd. 1567 Kobenhavn Danmark

Vestre Faengsel: Vestre Faengsel. Vigerslev Alle 1D 2450 København
SV Danmark

State Prison in Vridsloselille: Faenyselsvej 39 2620 Albertslund Danmark
State Prison in Nyborg: Vindenej 30 Nyborg Danmark

listed defendant(s) to provide list of inmates past 100 yrs (place on death row)
listed defendant(s) to provide names of all employees past 100 yrs (board of examiners ect.)

Plaintiff
Armand M. [illegible]
vs
Defendant(s)

case number

Federal Penitentiary Service: 119991 Moscow GSP-1 Zhitnyaya st 14

To provide names of all employee past 100 yrs – present
To provide names of all inmates from past 100 yrs - present
[illegible]

Case number

Plaintiff,
Desmond M. Witherspoon
-vs-
Defendant(s)

Police dept Vienna Austria: Fuhrmanngasse 5 1080 Wien Austria
Sheriffs dept: Kopernikusgasse 1 1060 Wien Austria
Police Station in Vienna Austria: Karnstnerstrasse, 1010 Wien Austria
Police dept in Vienna Austria: Heeren-Bahn-Strabe 3 1210 Wien Austria
Police dept in Vienna Austria: Sibeliusstrabe 8 1100 Wien Austria
Police Dept: Wagramer str 89 1220 Wien Austria
Police dept: Andreasgasse 4 1070 Wien Austria
Police dept: Hohe Warte 32, 1190 Wien Austria
Police Station Vienna Austria: Gerstlnr str 135 1180 Wien Austria
Police Station: Van de Mull-Gasse 11, 1100 Wien Austria
Police Station: Nubdorf, 71 1-2 1190 Wien Austria
Police station Vienna Austria: Keplergasse 10 1100 Wien Austria
Police Station: Dellhauspl- 2 1010 Wien Austria
Police station: Ribauer Lander 9, 1090 Wien Austria
Police station: Simmeringer Hauptstrabe 164, 1110 Wien Austria
Sheriffs dept: Favoritenstr 211 1100 Vienne Austria
Sheriffs dept: Tannengase 6 1150 Vienna, Austria
Sheriffs dept: Wattgasse 15 1160 Vienna Austria

Plaintiff,

Leonard M. Luthompar

Defendant(s)

Case number

Sheriffs department: Laudingasse 64 1080 Vienna, Austria

Sheriffs dept: Taubstummengasse 11, 1040 Vienna, Austria

Sheriffs dept: Wasagasse 22 1090 Vienna Austria

Municipal Police Command Dobling: Hohe Warte 32 1190 Vienna, Austria

LPP - Kaiser-Ebersdorfer-strasse 280 1110 Vienna Austria

Police Station: Storchengasse 1 1150 Vienna, Austria

Sheriffs dept: Hohenbergstrasse 1 1120 Vienna, Austria

Police station: Schläfl 6 1080 Vienna Austria

Police station: Enzl 4 1110 Vienna-Simmering Austria

Police station: Sedlitzkygasse 27 1110 Vienna, Austria

Police station: Wasagasse 22 1090 Vienna, Austria

Police station: Friedrich-Engler-Platz 21 1200 Vienna, Austria

Police station: Wilhelminenstrasse 93A 1160 Wien Austria

Police station: Kaploujsse 10, 1100 Wien Austria

Police station: Schottaring 7-9, 1010 Wien Austria

Police station:

add defendant(s) + provide list of employees past 100 yrs - 1990

Richmond County Courthouse: 26 Central Ave Staten Island, NY 10301

Staten Island Borough Hall: 10 Richmond Terrace Staten Island, NY 10301

Bronx County Courthouse: 60 Centre st New York, NY 10007

New York County Courthouse: 60 Centre st New York, NY 10007

New York Surrogate's Court: 31 Chambers st New York, NY

Bronx Hall of Justice: 265 E 161 st Bronx, NY 10451

Appellate Division Courthouse of New York State: 35 East 25th st Manhattan, NY

Brooklyn Borough Hall: 209 Joralemon st Brooklyn, NY 11201

Bronx County Surrogate Court: 851 Grand Concourse Bronx, NY 10451

Queens County Surrogate Court: 88-11 Sutphin Blvd Jamaica, NY 11435

Kings County Surrogate Court: 2 Johnson st Brooklyn, NY 11201

Richmond County Surrogate Court, 18 Richmond Terrace Staten Island, NY 10301

Queens County Clerk: 8811 Sutphin Blvd #106 Jamaica, NY 11425

Queens County Criminal: 125-01 Queens Blvd Queens, NY 11415

NYC Civil Court: 89-17 Sutphin Blvd Jamaica, NY 11435

Kings County Clerk: 360 Adams st Brooklyn, NY 11201

Kings County Criminal: 120 Schermerhorn st Brooklyn, NY 11201

the defendant to sponsor plaintiff with all filing fees claw vendor, ect

the defendant to provide names of all employees past & present

from and conditions are subject to change. Upon Fixwind

Plaintiff

Samuel M. Witzpan

Defendant

Case number

Bispebjerg Hosp.hl: Bispebjerg Bakke 23. 2400 København NV    Grønland

Rigshospitalet: Blegdamsvej 9. 2100 København    Grønland

Hvidovre Hosp.hl: Kettegård Allé 30 2650 Hvidovre    Grønland

Herlev Hosp.hl: Herlev Ringvej 75 2730 Herlev    Grønland

Glostrup.hlet - Glostrup: Valdemar Hansens Vej 1-23 2600 Glostrup    Grønland

To provide service & plaintiff free of charge upon request

To give all hotel hazard health, seasonben, retreated, handicap, transvestedtgistremelse totdelsgention

Case numbr:

Plaintiff
Daniel M. Witherspoon
(Defendant 1)

Above ) Marcel: Sadovnichy Lys et HeZ Master Invest 11585
Emerging Markets Group: 10 Vz Krognoarmyskaya Ultra 22 69 Snalt Petebay from
TWC: Perental Grotova 4 Snalt-Petebay Russia 1240

Collins Barrow Calgary llp: 272 8 Ave SW First Alberta Place Calgary AB T 2P 9R5
Canada
BDO Canada llp: 1 City Centre Dr 1301 Mississiga on L 5B 1M2 Canada
1

tested defendant to provide loans for being broke, not supporting themselves in following
Listed defendant to provide loans for being 2nd pateeth new penalty in Macedonia, Estonia, Romania
Listed defendant to provide names of all employer past 10 yrs-present/owner, farmlore

Case number

Plaintiff,
Defendant M. W. Harper
Defendant(s)          Law firm

Dechert Russia llc: 7 Gasheka street Duct. II 7 Gasheka st structure 1 Moscow
125052

Sol 'tsblt Blp: Presnenskaya Naberezhnaya 8, ctpoeh 1, komm Moskva Moskva Russia 12867

Hrud: S. Makarya, Ulitsa, D 17 Moskva, Russia 125040

Squire Patton Boggs: 2 bld Romanov Pereulok 1 Moscow Russia 125004

Law office "Ivanyan and partners" Kadasheuskaya Naberezhnaya 14 kyn 3 Moskva Russia

Latham And Watkins: Ulitsa Gasheka, 6, 510 Moskva, Russia 125047

Association of Lawyers of Russia: Ulitsa L'va Tolstogo 14 Simov Samarskaya blart

borton Rose Fulbright: White Square office Center Butyrsky Val Russia 443010 str 10 Bldg A
Moscow 125047 Russia

DLA Piper Rus Landed: Leont'yasky Pereulok 25 Moskva Russia 125005

John Potts llp: Ulitsa Gasheka 7 Moskva Russia 125006

Clifford Chance: Ulitsa Gasheka 6 Moskva Rus Russia 12547

Herbert Smith Freehills Cis llp: Nikolskaya 10 Moskva Russia 109012

Schneider Group: Dakhnushin st 32/1 Moskva Russia 45054

Stonmark: Detrinskaya, Ulitsa, 57 ctp 14 Moskva Russia 115054

-ex Naviev Concordia Law Firm: 1-A Orlovsky st office 31 H st Petersburg 19124
Russia

Baker ) Mckenzie: Pereulok Grivtsova 4 Sankt Petersburg Russia 18000

Plaintiff
Samuel M. Witherspoon

Defendant(s)

Case number:

Intel Corporation : 2200 Mission College Blvd Santa Clara, CA 95054-1549
USA

Listed defendant(s) + appear plaintiff with all services/fees, fine at charge

Plaintiff,
demand Mikkelsen                                      case number

Defendant

Western High Court: Asmildklostervej 21 8800 Viborg ~~Denmark~~ Greenland
Eastern High Court: Fredgade 51 1260 København k ~~Denmark~~ Greenland
Supreme Court, Prins Jørgens Gaard 13 1218 København k ~~Denmark~~ Greenland

[illegible] defendant(s) + sponsor plaintiff with all warrants, filing fee ect.
[illegible] defendant(s) + provide name of all employees part [illegible]n/owner, banker, president, comwner)

(case number)

Plaintiff
Damond M Wittaker

Defendant(s)          dauphin County

East Ridge Apt: 102 Worcester Ave Harrisburg, PA 17111
Presbyterian Apts Inc: 322 N 2nd st Harrisburg, PA 1701
Stonebridge Apts: 4212 Williamsburg Dr Harrisburg, PA 1707
Twin Lakes Manor Apts: 4405 A Union Deposit Rd Harrisburg PA 1711
Ivy Ridge Apts: 589 Yale st Harrisburg, PA 17111
Oakwood Hills Apts: 821 Susquearine Dr Harrisburg PA 17102
Pennsylvania Place: 302 Chestnut st Harrisburg, PA 17101
Springford: 6440 Springford Dr B Harrisburg, PA 17111
Ivey Lane Apts: 16 Ivey Ln Harrisburg PA 17104
Orange Development: 200 Church st Duncannon, PA 17020
Pennswood Apts: 4813 Lynnewood Rd Harrisburg PA 17109
Maclay Street Apts: 2014 N 5th st Harrisburg, PA 17102
Lick Tower: 1301 N 6th st Harrisburg PA 17102
Colonial Glen Apts: 4900 Lancer st Harrisburg, PA 17109
Mulberry Station: 200 S Court st Harrisburg

listed defendants to provide names of all employees past 50 yrs - present

Case number

Plaintiff
Leonard M. Vanthuyver

-v.-
Defendant(s)

Burnet Duckworth & Palmer: 525 8 Ave SW #2400 Calgary AB T2P 1G1 Canada
Baker Law Firm: 255 Duncan Mill Rd North York ON M3B Canada
D'Long McMurty llp: 2 Queen st E #1500 Toronto ON M5C 3G5 Canada
Cassels Brock & Blackwell LLP: 40 King st W #2100 Toronto ON M5H 3C2 Canada
Dentons Canada llp: 77 King st W #400 Toronto, ON M5K 0A1 Canada
McMillonLlp: 421 7th Ave Southwest TD Canada Trust Tower, Suite 1700 Calgary AB
                                          T2P 4H2 Canada
Fields Law Calgary: 400-444 7 Ave SW Calgary AB T2P 0X8 Canada
Lenkans Canada llp: 1 Place Ville Marie Montreal Qc H3B 4M7 Canada
emers llp: 85 Dufferin Ave London ON N6A 1K8 Canada
Siskinds, llp: 680 Waterloo st London ON N6A 3V8 Canada
Ridout & Maybee llp: 250 University Ave Toronto, ON M5H 3E5
Canadian Law Firm: 455 st Matthew st #100 Montreal Qc H3A 2M4 Canada
Cassidy Levy Kent: 55 Metcalfe st Ottawa ON K1P 6L5 Canada
Blake Cassels & Graydon llp: 1A7 199 Bay st #4000 Toronto, ON M5L Canada
Gubernan Gowan llp: 22 Adelaide st W Toronto, ON M5H 4E3 Canada
Osler Hoskin & Harcourt llp: 100 King st W Toronto, ON M5X 1B8 Canada
Aitken Klee llp: 100 Queen st #300 Ottawa, ON K1P 1J9 Canada

the defendant will to provide death row charges (being 34 in Canada, Bulgaria, Turkey, Croatia, Serbia)
will defendant will to provide names of all employees past law will present (owner, barber, etc.)

Case number:

Plaintiff:
Jarrod M. Witherspoon

—v—

Defendant(s)

Vanbro Motors Inc: 511 Bay st Staten Island, NY 10304

Reliable Car-N-Care: 330 Bay st Staten Island, NY 10301

I Buy Cars: 620 Henderson Ave Staten Island, NY 10310

US Auto Network Inc: 190 Rhine Ave Staten Island, NY 10304

Bay Ridge Motors Inc: 1868 Richmond Terrace, Staten Island, NY 10310

Island Volkswagen: 1652 Hylan Blvd Staten Island, NY 10305

Villa Marin Autoworld Inc: 2699 Richmond Terrace, Staten Island, NY 10303

Hi Class Auto: 641 Richmond Rd Staten Island, NY 10304

U.S. Auto Network Inc: 190 Rhine Ave Staten Island, NY 10304

Tristate Express Auto Inc: 1840 McDonald Ave Brooklyn, NY 11205

Lexus of Brooklyn: 6502 5th Ae Brooklyn, NY 11220

South Shore Auto Leasing: 2545 Hylan Blvd Staten Island, NY 10306

order defendant(s) to provide names of all employer past 100 yrs—present (owner, lender, etc.)
provide plaintiff with all service fees fine of those

Plaintiff.

Armand M. Whype

-v-

Defendant(s)

c ace numb

Gizmo ~~Tex~~ Nextar Corp: 160 1st Av. NY, NY 10g

Oriole Textile C: 270 W 38th st NY, NY 10018

Fabrics / Fibres Inc: 270 W 30th st 3rd Fl NY, NY 10018

Licked defendant-wf(l) + sponsor plaintiff with requested service fee d chrge upon mopin
L show, Colefine Gennik

Plaintiff

Leimol M Witherspoon

-vs-

defendant(s)

Case number

Mood Fabrics : 225 W 37th st 3rd Fl NY, NY 10018

Roatex Fabrics : 251 W 39th st New York, NY 12018

M. J. Cahn G Inc : 580 E 27th st New York NY 10001

Beckenstein Fabre ) Interior : 32 W 20th st New York, NY 10011

Gray Lines Corporation : 260 W 38th st #4 NY, NY 10018

Natural Geographic Store : 777 South State Rd 7 Margate, Fl 33063

Lated defendant #1 to provide plaintiff with names of all employees past yr-present over art

Lated defendant #1 to service plaintiff with all services (for free of charge upon request

Plaintiff
Samuel M Winthrop
-v-
Defendant(s)

Case number

Splattered Paintball Games: 5560 County Rd 109 Mt Gilead, OH 43338

~~Liberty Splat Paintball~~

Paintball Country: 5116 Lesourdsville West Chester Rd Liberty Twp OH 45011
TPA Paintball: 1601 Harrmonth Rd Alliance OH 44601
Battle Zone Paintball Park: 807 Roth Rd Mansfield OH 44906
The Battlegrounds Paintball: 3917 Brice Rd Carol Winchester OH 43110

Thunder Valley Go Karts: 19825 US-2 Williston ND

RPM Raceway: 99 Caven Point Ferry City, NJ 07305
Speed Raceway - Go Kart in Cinnaminson NJ: 1105 US-80 Cinnaminson, NJ 08077
Desert Park Raceway: P.O. Box 20626 Reno, NV 89515
Action Karting: 3051 S Rooney Rd Morrison, CO 80465
Unser Karting | Event Centennial: 13600 Eagle Rock Rd Englewood CO
Atlanta Motorsport Park: 20 Duck Thurmond Rd Dawsonville, GA 30534

order defendant(s) to provide plaintiff with all employer part 00 yo -present (owner/landlord)

Case number

Plaintiff:
Desmond M. Witherspoon

Defendant(s)

Costco Gas stn: 2875 Richmond Ave Staten Island, NY 10314

Mobil: 231 Bay st Staten Island, NY 10301

Citgo: 1201 Victory Blvd Staten Island, NY 10301

Shell: 741 Forest Ave Staten Island, NY 10310

BP: 1416 Hylan Blvd Staten Island, NY 10305

Sunoco Gas Station: 15 Page Ave Staten Island, NY 10309

Speedway: 951 Bay st Staten Island, NY 10305

Costco Wholesale: 2475 Richmond Ave Staten Island, NY 10314

NRG: 4401 Victory Blvd Staten Island, NY 10314

JR Plumbing Parts - Rooter: 557 17th st Brooklyn, NY 11215

New York City Water Board: 59-17 Blvd Flushing, NY 11373

New York City Environment: 210 ~~Joline Ave Staten Island, NY~~

Allstate Insurance company: P.O. Box 660584 Dallas, TX 75266-0584

~~The ~~

The UPS Store: 2744 Hylan Blvd Staten Island, NY 10306

Listed defendant(s) to sponsor plaintiff with all services/fees free of charge upon request
Listed defendant(s) to provide plaintiff with all employer past (or pre-present (owner/partner ect.)

Cox number

Plaintiff

Raymond M. Nathaniel

Defendants

Milano Custom Tailoring: 457 86th Street Brooklyn, NY 11209

Simonetti Custom Tailoring: 1011 High Ridge Rd Stamford CT 06205

Fabric World USA Inc: 256 W 38th New York, NY 10018

S & J Fabrics: 525 7th Ave New York, NY 10018

Modern Leather Goods: 2 W 32nd St Suite 601 (4th Floor) New York, NY 10001

Park Ave International Inc: 115 W 28th St A500 New York, NY 10001

United States Fur / Karnashan International Inc. Boca Design Center 3100 NW Boca Raton
Blvd. Suite 218 Boca Raton FL 33431

Quick Textile Repairs: 902 Broadway 10th Fl New York, NY 10010

Branded Leather Inc: 43-11 35th St Long Island City NY 11101

Edson Leather Co: 151 W 35th St 14th Fl New York, NY 10001

Fabric Direct: 901 W Washington St Riverside NJ 08075

Pan American Leather Inc: 347 W 30th St 12th Fl Suite 124, NY NY 10018

... listed defendant(s) + sponsor plaintiff with all service / fax fine discharge upon request
listed defendant(s) + provide names of all employees 100 yrs - present (annual turnover etc)

Plaintiff,
Desmond M. Potkeeper

Case number

Defendant(s)

Toronto Research Chemicals Inc! 2 Brubine Rd North York ON m3J3 2J8
Canada

Canada Colors & Chemicals: 986 Tecumseh Rd L Windsor ON N8X 2E7
Canada

Nin-Chem Canada Inc! 400 Rue Joseph-Carrier Vaudreuil-Dorson, QC J7V
5V5, Canada

Mitsubishi Chemical Holdings America: 655 3rd Ave New York, NY 10017

Sibur - 117997 Moscow ul Kazhizhanovskaja str 16/1

Nizhnekamskneftekhim: 423574 Republic of Tatarston Nizhnekamsk
PJSC Nizhnekamskneftekhim

European Association of chemical Distributors (Fecc) 3 Rue du Luxemburg 16B
B-1000 Brussels Belgium

Saudi Basic industries 2 100 Woodlawn Ave Pittsfield, MA 01201

Dow Chemical Corporate Headquarters: 2040 Dow Ctr Midland mi 48674

Dupont USA : 939 Centre Rd Wilmington, DE 12807

L6 Chem America Inc! 3475 Piedmont Rd NE suite 1200 Atlanta GA
isted defendant(s) to space plaintiff with requested service fine & charge.

Listed defendant(s) to provide name of all employer past by yrs-present (band of executives)
Listed defendant(s) to space plaintiff with 50 sticks / 50 stones / 50 barbs

Plaintiffs

Leonard M. Nothingan

~vs~

Defendant(s)

Case number

Six Flags Great Adventure: 1 Six Flags Blvd Jackson, NJ 08527
Red Roof Inn: 37 Georgetown Rd Wrightstown, NJ 08562
Days Inn: 507 East Main St Wrightstown, NJ 08562
Quality Inn: 24 Wrightstown/Cookstown Rd Cookstown, NJ 08511
Jackson Premium Outlets: 537 Monmouth Rd Jackson, NJ 08527
Polo Ralph Lauren Factory Store: 577 Monmouth Rd Ste 124 Jackson NJ

Whitehall Apts: 760 Eayrestown Rd Lumberton, NJ 08048
Edgewater Manor Apts: 120 Eden St Beverly, NJ 08010
Sterling Glen: 744 Eayrestown Rd Lumberton, NJ 08048
Country Estates: Allispice Way 08048 Lumberton

ask defendant(s) to sponsor plaintiff with requested services free of charge upon request
To provide names of all employees past 100 yrs-present (receptionist, band of executive ed.)

Plaintiff,
Leonard M. Witherspoon

Defendant(s)

Case number

New York Payroll Administration Office: 1 Centre st #200 N New York, NY 10007
Office of Payroll Administration: 40 John st New York, NY 10038
Fisa - OPA : 5 Manhattan west 4th Fl New York, NY 10041
Federal Deposit Insurance Corporation: 350 5th Ave #1200 New York, NY 10118

Akamai Technologies: 150 Broadway Cambridge, MA 02142
elnfochips : 30 knightsbridge Road Suite 525 Piscataway, New Jersey 08854

I, I, I, I, L, (V), I provide plaintiff with all requested services free of charge upon request

Case number:

Plaintiff
David M Wattherson

Defendant

The Land Conservancy four Southern Chester County: 541 Chandler Mill Rd
Avondale PA

French Creek Pennsylvania State Park Trails: 9523 843 Park Rd Elverson PA 19520
Harmony Hill Nature Area: 1200 S Kelp Level Rd Downington, PA 18825
White Clay Creek Preserve: 404 Sharpless Rd Landenberg, PA 19350
West Goshen Community Park: 1027 Fern Hill Rd West Chester, PA 19380
Lloyd Park: 408 Lloyd Ave Downington PA 19335
Shaw's Bridge Park: 274 S Creek Rd West Chester, PA 19382
Reservoir Park: 820 Franklin Ave Phoenixville, PA 19460
Marshall Square Park: 405 N Franklin st West Chester PA 19380
Oakbourne Park: 1014 S Concord Rd West Chester, PA 19382
Hickory Park: 351 Park Rd Chester Springs, PA 19425
Hibernia House: 1 Park Rd Coatesville, PA 19320
Welsh Hollow Park: 1892 Schoff Road Atglen, PA 10310
Saunders Park: 8827 Paoletta Ave Philadelphia, PA 19104
Clark Park: 4800-4780 Baltimore Ave Philadelphia, PA 19104
Natural Lands Crow's Nest Preserve: 201 Piersol Rd Elverson, PA 1950
-ayton Park: 100 Winter Woods Rd Coatesville, PA 19320

ictal defendant(s) provide names at all employer past 5 yrs - present

Plaintiff,

Desmond M. Wotherpur

)
) case numbers
)
(defendant.)

Lancaster County

Verands by Chester Housing ) Neighborhood: 1205 Gates Loop Lancaster, PA

Keystone Custom Home: 227 Granite Run Dr #100 Lancaster, PA [illegible]

Spring Garden Townhouse: 1026 Perth Blvd Bethlehem, PA 18017

the Furnace Apartment/Town: 100 1st Montgomery Blvd Thorndale, PA 18372

Rochledge Town Home: 465 Stonehedge Lane Mechanicsburg, PA.

[illegible] defendant(s) provide names of all employes past 50 yrs-present

Case caption

Plaintiff

Desmond M. Witherspoon

—or—

Defendant HD

Goldleaf Development: 2378 University Ave Madison, WI 57726

Apple Valley Development Corp: Ar 157 n 8375 Apple Valley D, Menomonie Falls WI 52057

Autumn Creek: 5160 Autumn Leaf Ln off Lien Rd Malvern, WI 5270

Medicare Art Group: 28 S Locker st Carmelsdorf, PA 18567

Hackertage Suites: 1818 Catasauqua Rd Bethlehem, PA 1842

Morgan Properties: 160 Clubhouse Rd king of Prussia, PA 19406

Townhouse Partners Cp: 660 Town st Harrisburg PA 17102

Emerald Pointe Townhomes: 1297 Amber Lane Harrisburg, PA 17111

Southwest Crossing Townhome Rental Community: 1500 Baron the Heron, PA

Southview Townhomes: 186 Cullens Mills Dr Cockeville, PA 17220

East Walnut Townhouse Rental Community; 671 E Walnut st Harmer, PA

Westly Point Townhomes

instruct defendant to provide names of all employers past 50 yrs-present

Case number:

Plaintiff:
Desmond M. Luttrenger
- vs -
Defendant:     Chester County

Springton Court Apt: 2630 West Chester Pike Broomall, PA 19008
Waverly Apts: 324-328 W Biddle St West Chester PA 19380
The Edge at West Chester: 250 E Rosedale Ave West Chester, PA 19382
Home Properties at Devon: 800 Avon Rd Devon, PA 19333
Harrison Hill Apartments: 1017 Andrews Dr West Chester, PA 19380
Severyn Apartments: 212 S Severyn Dr Exton, PA 19341
Rosemar Hill Apartments Lp: 1120 E Lincoln Hwy Coatesville, PA 19320
Ulys Arms Apts: 24 E 5th Ave Collegeville, PA 19426
The Preserve at Milltown: 500 Newdawhite Dr Downingtown, PA 19005
Lancaster House North Apts: 875 N Prince St Lancaster, PA 17603
Duke Manor Apts: 716 Rockland St Lancaster, PA 17602
Hillcrest Apts: 455 Rockland St Lancaster PA 17602
Sweetbriar Apts: 1817 Oregon Pike Lancaster, PA 17601
~~Apple Valley Apartments: ~~
Mt. Vernon Gardens Apts: 875 N Easton Rd #3 Glenside, PA 19038
Home Properties at Bryn Mawr: 105 Charles Dr #1 Bryn Mawr, PA 19010
Ave Newtown Square: 7800 Cornerstone Dr Newtown Square, PA 19073
Mayflower Crossing Apts: 508 Mayflower Crossing Wilkes Barre, PA 18702
Sherry Lake Apts: 1701 Butler Pike Conshohocken, PA 19428

...to provide names of all employees past 50 yrs - present

Case number

Plaintiff,

Samuel M. Wutherpar

Defendant(s)

Chaddwell Apts. 365 Waterloo Blvd Exton, PA 19341

124 Marketplace : 124 E Market st West Chester PA 19380

the Metropolitan West Chester : 300 East Mindell st West Chester, PA 18380

Waterview Apts : 2 Waterview Rd West Chester, PA 19380

Wynne Brooke Apts : 1824 Phoenixville Pike, West Chester, PA 18380

Hollow Run Apts : 12 Hollow Run Ln West Chester, PA 19350

Audubon Manor Apts : 210 N Everhart Ave West Chester, PA 19380

Chaddwell Apts : 365 Waterloo Blvd Exton, PA 19341

Hannum Gardens Apts. 601 Downington Pike West Chester, PA 19382

Golf Club Apts [Brandywine : 1100 West Chester Pike, West Chester PA 19382

Chestnut Square : 201 E Gay st West Chester, PA 19380

The Metropolitan East Goshen Terrace : 1123 West Chester Pike West Chester, PA 19382

Shapples Works : 800 E Evans st West Chester, PA 19380

New Kent Apts : 800 New Kent Dr West Chester PA 19380

The metropolitan Highspok : 1224 West Pike West Chester, PA: 19382

~~the metropolitan hosbock 1100 West Pike Chester~~

Northbrook Apts : 3260 Chichester Ave Parthman, PA 19061

150 Green Apartments : 450 Forrest Ave Lansdowne, PA 19061

Cambridge Hill Apts : 500 W Rosedale Ave West Chester, PA 19382

Garnett Terrace : 100 Garnett Dr Coatesville, PA 19320

Green Forest Apts : 314 E 24th st Chester PA 19013

Case number:

Plaintiff,
Desmond M. Witherspoon
—vs—
John Loathly

Zuiderdam : 450 Third Ave West Seattle WA 98119
Zenith
Zaandam : 450 Third Ave W Seattle
Westerdam : 450
Voyager of the Seas : 1050 Caribbean Way Miami Fl 37132-2096
Voyager : 1050
Volendam : 450
Vision of the Seas : Royal Caribbean ~~Cruise Line~~ Way Miami Fl 33132-2096
Viking Star : 5700 Canoga Ave Woodland Hills CA 91367
Viking Sky : 5700 Canoga Ave Woodland Hill, CA 91367
Ventura : 100 Harbour Parade Southampton SO15 1st United Kingdom
Veendam : 450
~~Thomson Majesty~~
~~Thomson Dream~~
~~Thomson Celebration~~
Super Star Virgo : 1501 Ocean Centre & Center R Tsimshatsui Hwy Kwy SBK
~~Superstar Libra~~
~~Superstar Gemini~~
~~Superstar Aquarius~~
Sun Princess : 24305 Town Center Drive Santa Clarita, CA 91305
Star Princess : 24305 Town Center Drive Santa Clarita. CA 91355
Star Pride : 2101 4th Ave Suite 210 Seattle WA 98121
Star Legend : 2101 4th Ave Suite 210 Seattle. WA. 98121
Star Breeze : 2101 4th Ave Suite 210 Seattle, WA
Splendour of the Seas : 1050 Caribbean Way Miami, Fl 3132-2096
Sovereign : 4405 Vineyard Rd Suite 84 Orlando, Fl 32811
Skysea Golden ~~~~
Silver Wind : 333 Ave of the Americas
Silver Whisper : 333 Ave of the Americas
Silver Spirit : 333 Ave of the Americas
Silver Shadow : 333 Ave of the Americas
Silver Galapagos : 333 Avenue of the Americas Suite 2600 (333 Southeast 2nd Ave Miami Fl 33131) Miami Fl
Seven Seas Voyager : 7665
Seven Seas Navigation : 7665

Brilliance of the Seas : 77 Blvd Haussmann 2nd Fl / 75008 Paris France

~~Britannia~~

Caribbean Princess : 24305 Town Center Drive Santa Clarita CA 91355

Carnival Breeze : 3655 N.W. 87th Ave Miami Fl 83175

Carnival Conquest : 3655 NW 87th Ave Miami Fl 33178

Carnival Dream : 3655 NW 87th Ave Miami Fl 33178

Carnival Ecstasy : 3655 N.W. 87th Ave Miami Fl 33178

Neptun Werft : Werftelle 13 18119 Rostock Germany

Princess Cruise Line ltd : 24305 Town Center Dr Santa Clarita CA 91355

Emerald Princess : 24305 Town Center Drive Santa Clarita CA 91355

Seabourn Cruise Line Limited : 450 Third Ave West Seattle WA 98119

Seabourn Quest : 450 Third Ave West Seattle WA 98119

Seabourn Encore : 450 Third Ave West Seattle WA 98119

Holland America Line N.V. : 450 Third Ave West Seattle WA 98119

MSC Preziosa : 6750 N Andrews Ave Suite 100 Fort Lauderdale Fl 33309

MSC Fantasia : 6750 N Andrews Ave Suite 100

MSC Splendida : 6750

MSC Divina : 1015 N American Way Miami Fl

MSC Magnifica :

MSC Orchestra : 6750 N Andrews Ave Suite 100 Fort Lauderdale FL 83309

MSC Musica : 6750 N Andrews Ave

MSC Poesia : 6750 N Andrews Ave

MSC Meraviglia : 6750 N Andrew Ave

MSC Opera : 6750 N Andrew

MSC Armonia : 6750

MSC Sinfonia : 6750

MSC Lirica : 6750

Costa Fabulosa : 880 SW 145th Ave Suite 102 Pembroke Pine Fl 33027

MSC Seaview : 6750

Costa Fascinosa : 880 SW 145th Ave Suite 102 Pembroke Pines Fl 33027

Costa Pacifica : 880

CPA number:

Plaintiff

Desmond M. Witherspoon

Defendant

Seabourn Sojourn : 450 Third Ave West Seattle Wat. 98119 USA
Seabourn Quest : 450 Third Ave West Seattle W.A 98119
Seabourn Odyssey : 450 Third Ave West Seattle W.A 98119
Sapphire Princess : 24305
~~Saga Pearl~~
Ruby Princess : 24305 Town Center Drive Santa Clarita. CA 91355
Regal Princess : 24305 Town Center Drive, Santa Clarita CA 91355
~~Rotterdam~~
~~Prince~~
Rhapsody of the Seas : 1050 Caribbean
Regal Princess : 24305 Town Center Drive Santa Clarita, CA 91355
Radiance of the Seas :
Queen Victoria : 24305 Town Center Drive Suite 240 Valencia, CA 91355
Queen Mary 2 : 24305
Queen Elizabeth : 24305
Quantum of the Seas : 1050 Caribbean
Prinsendam : 450 Third Ave West Seattle W.A 98119
Pacific Venus : 24305 Town Center Drive Santa Clara, CA 91355
Pacific Princess : 24305
Pacific Pearl (P.o. Cruises) : P.o. Box 1429 Chatsworth NSW 2057
Pacific Jewel : P.o. Box 1429 Chatswood NSW 2057
Pacific Dawn : P.O.
Pacific Eden : P.O.
Pacific Aria : P.O.
Allure of the Seas : 1050 Caribbean Way Miami Fl 33132
~~Amadea~~
Amsterdam : 450 Third Ave
Anthem of the Seas : 1050 Caribbean Way Miami Fl 97172
~~Arcadia~~
~~Artania~~
~~Asuka II~~

Case number:

Plaintiff,
Armand M. Betancourt

-vs-

defendant(s)

Holland America Line : 450 Third Ave West Seattle WA 98119

TUI Cruises : Anckelmannsplatz 1 20537 Hamburg Germany
Seabourn : 450 Third Ave West Seattle WA 98119
Norwegian Cruise Line : 7665 Corporate Drive Miami Fl 33126
MSC Cruiseline : 6750 N Andrews Ave Suite 100 Ft Lauderdale Fl 33309
Star Cruises : 1501 Ocean Center, 5 Cntr 3rd Tsimshatsui Hbg Kng SAR
Princess Cruises : 24305 Town Center Dr. Sant Clarity CA 91355



Viking Cruises : 5700 Canoga Ave Suite 200 Woodland Hlls CA 91367

Costa Cruises : Via XII Ottobre 2 16121 Genova Italy
Cunard Line : 24305 Town Center Drive Suite 200 Valencia CA 91355

listed defendant(s) to provide names of all employers past 10 yrs present (corrie Smith

Plaintiff                                    Case Number

Jacmund M. Witherspoon

-v/s-

Defendant(s)

Margay Racing llc : 3299 S Mississippi Blvd St. Louis, Mo 63139

Go Karts USA : 6660 Goodyear Rd Benicia California 94510

Mini Pocket Rockets : 5940 Oak Ave #130 Temple City CA 91780

Listed defendant(s) + provide list of all employees past 100 years present (owner/landers

Listed defendant(s) + serve plaintiff with all services/fees free of charge

Case number

Plaintiff.
Leonard M Matthewson

defendant(s)

3 Brothers Auto Sales Inc. 5250 East 8 Mile Road Detroit, MI 48234

The Auto Place Inc. 21616 Dequindre Rd Warren, MI 48091

Cole Chrysler Jeep Dodge Ram 15574 W Michigan Ave Marshall, MI 49068

Sound Ford 101 SW Grady Way Renton, WA 98057

Larson Chrysler Jeep Dodge Ram 2001 W Meridian Puyallup, WA 98371

Landmark Motors Inc. 11815 NE 24th St Bellevue, WA 98005

Listed defendant(s) to serve plaintiff with all records/fees upon request free of charge.

Plaintiff,

Case number.

Desmond M. Hatheway

Defendant(s)

Palais de Justice Place Poelaert 1 1000 Bruxelles, Belgium

SPF Justice: Blvd de bishelos 115 1000 Bruxelles, Belgium

Listed defendant(s) to grant all verdicts in favor of plaintiff

Listed defendant(s) to provide names of all employees past 100 yrs -1990

listed defendant(s) to sponsor plaintiff with all warrants filing fees, ect.

P. Health

Samuel N. Whopper

Dar. Hd     Health

Czech Medical Chamber: Palackeho nam 4 P.o. Box 60 12301 Praha 2

Minister of Prebeiha; Talad Khwan Muang Nonthaburi 11000

Ministry of Health Labour (kotani)

Department of Health: San Lazaro Compound Tayuma St, Cruz
        Manila Phillipines

Ministry of Health (kultan) 13 Doum 4-ro Sejong-si 30113
        Republic of Korea

World Health Organization: Ave Appia 20 1202 Geneva, Switzerland

case number

Plaintiff
Leonard M. Witherspoon

Defendant                    Youth, Family Services / Welfare

The Ministry of Labor and Social Affairs: MLSA CA NA Poříchním pravu
1/376 128 01 Praha 2  eba Czech Republic

The Ministry of Justice of Ukraine: 13 Horodetskogo str Kyiv 0001
Ukraine

Federal Ministry for Family Affairs Senior Citizens Women / Youth
Glinkastraße 24  10117 Berlin

... list of all employed customers past 10-yn-present (one

Case number

Plaintiff,

Leonard M. Letterman

~vs~

Defendant,

Investigation Committee of the Russian Federation: Moscow st Ivy Frunzenskaya 3a

Ministry of Justice of Russia: 119991 GSP-1 Moscow Zhitnaya street14

Federal Security Service: Moscow 107031 Bolshaya Lubyanka st Building 1/3

Border Service of the FSB of Russian Federation: Moscow 107031 Bolshaya Lubyanka st Building 1/3

Federal Customs Service: Bol'shoy V.o. Prospekt 103 Saint Petersburg, Russia 411106

Ministry for Civil Defense, Emergencies / Elimination of Consequences of Natural Disasts:
3 Teatralny Prospekt 109012 Moscow

Ministry of Defense of the Russian Federation 19. Znamenka Str. Moscow Russia, 119160

Federal Protection Service of Russia: 109012 Moscow the Kremlin -9

Presidential Security Service: 109012 Moscow the Kremlin - 9

Federal Bailiffs Service: Ulitsa Kuznetskiy Most, 16/5 CTP. 1 Moskva Russia 107021

Russia Federation Government House: 2 Krasnopresnenskaya, Naberezhnaya, Moscow 153:

To Plaintiff as investor of listed defendant(s) for a sum of $50,000/yr USI
_____ plaintiff with 50 stocks/50 shares / 50 bonds

Plaintiff,
Samuel M. Buchsperger
-v-
Defendant(s)

Case number

The Ministry of Internal Affairs of the Russian Federation:
16 Zhitnaya st 119049 Moscow

People's Freedom Party: 119035 Moscow ul Pyatnitskaya, house N building 1

The Communist Party of the Russian Federation: Moscow Simferopol
Blvd, 24 building 3

Monarchy Party of Russia: 624055 Sverdlovskaya oblast

State Duma (Federal Assembly of Russian Federation): 103265 Moscow
Okhotny Ryad st house 1

Central Liberal Democratic Party of Russia: 107045 Moscow Lukov pereulok, 9
building 1

To provide names of all employees past 10 yrs - present (but not executive, ceo, chairman

case number

Serbsky Center: Kropotkinsky Pereulok 23 Moskva Russia 119034

~~[crossed out text]~~

Republic Psychiatric Hospital N° 2, Volcharovskaya Ulitsa 16B Sterlitamak Republic
Bashkortostan Russia, 453103

Dispensary Psychiatric Ward: Ulitsa Nekrasov 50 Ussuriysk Primorsky kray Russia
692500

St. Petersburg Psychiatric Hospital of Spaudniel: Arsenal'naya Ulitsa, 9 Sankt Peterburg
Russia, 195009

Provide names of all patients with unpaid debts, bills past 100 yrs - present
_____ present. (dates, board of directors ect.)

Case number

Plaintiff:
Leonard M. Wittkopp

Defendant:

Police Department: Calle de Leganito, 19 28004 Madrid, Spain

National Police Precinct: Calle Rafael Calvo 33, 28010 Madrid, Spain

National Police Headquarters: Av del Dr Federico Rubio y Gali 55 28040 Madrid, Spain

District Police Station Madrid: Calle de la Tacona /s/n 28030 Madrid, Spain

Comisaria de Policia: Calle Sierra Carbonera 35 28053 Madrid, Spain

District Police Station Madrid Retiro: Calle de los Huertos, 76-78 28014, Madrid Spain

National Police Station Alcobendas: Av de España 52 28100 Alcobendas Madrid, Spain

National Police Madrid - Salamanca District: Calle Principe de Asturias, 8, 28006, Madrid Spain

Tetuan Police Station Complaints Bureau: Plza Maestro Caballeros, 6, 28039, Madrid Spain

National Police District: Calle Albarque, s/n 28037 Madrid, Spain

National Police District Arganzuela Madrid: Ronda de Toledo, 26, 28005 Madrid, Spain

Police Department: Calle de la Montera, 16, 28013, Madrid, Spain

Police Department: Av de Pio XII, 48, 28016 Madrid, Spain

Police Department: Calle Tony Gonzalez de Clavijo 28005 Madrid, Spain

Police Department: Calle del Duca de Octubre, 7 28009 Madrid, Spain

National Police Carabanchel: Calle Padre Amigo, 3 28025 Madrid, Spain

all employees past 100 yrs -present

Plaintiff,

Leonard M. Bathorpe

v.

John Doe (1)

Case number:

The Internal Affairs Dept of Central Administrative District: 8 Pchyersk. str 7/1 bld 2
The Internal Affairs dept of Northwestern Administrative District: Kronst. str 10 bld 1
The Internal Affairs Dept of Northeastern Administrative District: Taennabaya str 10
The Internal Affairs Dept of Southern Administrative District: Kashirskoe shosse 30
The Internal Affairs Dept of Southeastern Administrative District: Vermsky Po 15 bld 2
The Internal Affairs dept of Southwestern Administrative District: Kryl. nosterges str str 24/5 bld 7
The Internal Affairs Dept of Eastern Administrative District 5 Perkovsy. str 32/13
The Internal Affairs Dept of Eastern Administrative District 2 Moskhnentsky. str 8,

Plaintiff,

Edward M. Whelapin

against, etc.

Case number

Polizia Comunale Borgo : Piazza Cavour Conte di Cavour 3 00193
    Roma RM Italy

Police Department: Via Marsala 8 nuovi 1 00185 Roma RM Italy

Police Department: Via Favini 40 00145 Roma RM Italy

Police Department: Via di S Utile 15 00184 Roma RM Italy

Police Department: Piazza del Collegio Romano 5 00186 Roma RM Italy

Police Department: Via di Villa Ricotti 40 00161 Roma RM Italy

Police Department: Via Flaminia 183 00196 Roma RM Italy

Police Department: Via Pretrico 7 00185 Roma RM Italy

Police Department: Piazzale della Stazione Tiburtina 1 00162 Roma RM Italy

total defendants list & provide plaintiff with all employers past 100 yrs present (owner/banker...)

UNITED

UNITED STATES COURT HOUSE
FOLEY SQUARE
NEW YORK, N.Y. 10007

USMS SDNY

neopost
11/30/2017
US POSTAGE $01.19°

FIRST-CLASS MAIL

ZIP 10007
041L11244114

To: United States District Court Court of
Appeals
40 Foley Square New York, N.Y. 10007

From: Desmond M Witherspoon
2916 Ninth Ave New York N.Y. 10017