17-2919

RECEIVED
2018 MAR 26 PM 4:06
U.S. CLERK'S OFFICE
U.S. COURT OF APPEALS

Desmond M. Witherspoon
296 Ninth Avenue
New York, NY 10019

**CLERK'S OFFICE**
**U.S. COURT OF APPEALS**
UNITED STATES COURTHOUSE
FOLEY SQUARE
NEW YORK, NY 10007

OFFICIAL BUSINESS

RECEIVED
2018 MAR 26 PM 4:06
CLERK'S OFFICE
U.S. COURT OF APPEALS

FIRST-CLASS MAIL
neopost
03/15/2018
US POSTAGE $00.68⁰
ZIP 10007
04 244114

NIXIE    100  CE 1    0103/22/18
RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD
BC: 10007    *1145-01593-15-41